Eastern District of Kentucky
**FILED**

MAR 0 9 2022

At PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

---

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### DIVISION at _____

CIVIL ACTION NO. _____   (Court Clerk will supply)

7:22-cv-15-DCR

LENIN MOREL
_____
PLAINTIFF

VS:

DEPARTMENT OF JUSTICE                    Demand for Jury Trial:
FEDERAL BUREAU OF PRISONS   (do not use "et al.,"   Yes (✓) No (___)
UNITED STATES Penitentiary BigSANDenter full names)
Lieutenant K. PEARCE, CORRECTIONAL OFFICER J. ADAMS
CORRECTIONAL OFFICER N. TUSEY, NURSE TRACY GOBLE
_____
DEFENDANTS

I.   **Plaintiff:**

A. Name (list any aliases):   LENIN MOREL

B. Prisoner ID #: 67722-054 Check one: Convicted ___✓___ Pretrial Detainee ___

C. Place of present confinement:   United States Penitentiary THOMSON

D. Address:   P.O. BOX 1002 THOMSON, ILLINOIS 61285

II.   **Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name:   DEPARTMENT OF JUSTICE
   Title or Position:   United STATES GOVERNMENT
   Place of Employment:   United STATES OF AMERICA
B. Defendant's Name:   FEDERAL BUREAU OF Prisons
   Title or Position:   FEDERAL PRISONS
   Place of Employment:   United STATES OF AMERICA

Page 1 of 8

CONTINUED :

OF

## II. DeFeNdANt's

(8). N. Tossey
CORRECTIONAL OFFICCER
UNited STaTes PenitentiARy BiG SANDY

(9). TRACY GOBLE
NURSE
UNited STaTes PenitentiARy BiG SANDY

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Defendant's Name: United States Penitentiary Big Sandy
   Title or Position: United States Federal Prison
   Place of Employment: Inez, Kentucky

D. Defendant's Name: K. Pearce
   Title or Position: Lieutenant
   Place of Employment: United States Penitentiary Big Sandy

E. Defendant's Name: J. Adams
   Title or Position: Correctional Officer
   Place of Employment: United States Penitentiary Big Sandy

## III. Statement of Claim:

Below you should state the **FACTS** of your case.  You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph.  (If you need more space, you may attach extra sheets).

A. What happened?  Explain specifically what each Defendant did or failed to do.

after a altercation with my cellmate Carlson Gary · 17196-046 and after Direct order's From a C.O. Name C. Murry to stop and to get on our knees we comply immediately (Not Refusing a Direct order an incident Report) then while we was still on our knees an L.T. Name k. Pearce come with a Pepper Paint Ball gun and started to firing and shooting the pepper paint gun striking me three times on my Back and another time on my rigth eye. Fracturing my eye socket, making me loose my vision, breaking the muscle that holding pupil smaller, making it Dilated and disfigured with also the swelling of my rigth eye, and the Back injuries that had to be treated By a Nurse, give me Purking Balls Marks, assaulting me for apperently absolutely no Reason and using abuse of unnecessary Deadly Brutal Force, then medical assesment was conducted By a Nurse Name Tracy Goble who after inspection of my eye and after I Explicit told Her, I was Shot

Page 2 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

with the paint Ball gun in my eye stated "Nothing was wrong with my eye" and failed to give me medical attention from a eye Doctor when I Emergently Need it, then wrote on the medical assignment Records that the Eye injuries was cause Because of altercation with the cellmate when is impossible for a fist to cause me that eye injury and no weapons was involved on the incident (see Medical Record's and EYE SURGERY Record's) then after failed to give medical attention from a eye Doctor I was move in the another cell with a inmate name KEVIN EVANS # 74012-007 who as soon as I come in the cell told C.O. J. ADams that we couldn't Live in the cell together Because of the Different Race, Because He was Black and I'm Hispanic Race, then after C.O. J. ADams left from the cell they just move me to inmate EVANS Press the Emergency Button, located inside the cell two different times asking C.O. J. ADams to move Him with somebody His own Race, But last C.O. J. ADams and C.O. N. TOSSEY Come in Front of the cell while I was standing at the Door in front of cell and inmate EVANS was no standing in By the Shower Which is located on the Back of the cell, and No type of altercation was Happening, then C.O. J. ADams

B.  When did these events happen?

ON the Night OF OCTOBER 30, 2020 at around 6:15 PM and around 8:40 PM.

Page 3 of 8

CONTINUED:

of

III. Statement of Claim:

- Opend up the food tray slat, and started to pepper spraying telling me and inmate EVANS to cuff up which we comply immediatelly then I was scorted out the cell with Hand cuffs Behing my Back, Bending from the waist and Hands Holding my neck, and no type of injuries from the cell all they just get me out of Besides the allready eye injury then while Been scorted L.T. k. PEARCE Lift me up an the air By tricking me off My feet then put Pressure with his Hands on the Back of my Head then taking me to the ground, Busting my forehead, swealling my left eye and Busting up My lip, were I Had to go to a outside Hospital for the treat ment of my injuries By this Staff, WHO assaulted me and fabricated a Cell Eighth, saying inmate EVANs assaulted me when I was really assaulted By L.T. k. PEARCE, WHO fabricated incident's Report's saying I try to Head strike Him while Been scorted, which is imposible Due of the fact of the position they Had me in (EVERY thing Recorded on cameras), they also fabricated I threat Him (LT. k. PeaRCE) when the only thing I keep repeating was "Im not ressisting" while this Lieutenant (k. PeaRCE) Was assaulting me and committing a crime, also NURSE Tracy GoBLE fabricated Medical Records about Inmate EVans assaulting me, Now Because of this abusive Behavior and this use of Deadly Brutal force, I Lost My Vision were I can't see from

Close or read and Had to wear Reading Glasses, were I Had to get My CataRates oF my Rizth EYE Removed and Replace it By LENS implants were now my Pupil oF my Digth EYE, will neveR Be NoRmale again allaways Digger then the normal size, also with Burning ScaRs Ball's marks on my face and a ScaR on my Fore Head.

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Where did these events happen?

* AT united STATES FeDeRAL Penitentiary BiG SANDY
* AT the SPecial Housing Unit
* B Range cell #145 (First incident)
* D Range cell # 246 (second incident)
* By the front of the Law LiBRARY Cage. Located onto the Front of the special Housing Unit. (ThirD incident)

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

* Eighth AMendment, * MEDICAL Rigths, * DeliBeRate inDiFFeRence
* Medical NeGLect, * Use OF EXCESSIVE force, * ASSAULT
* Falsification of Documents * the use OF CorporaL Punishment to enforce Prison Disipline, * DeGree OF force PeRmitted, * INJURIES and * DEMINiMis INJURIES *

IV.   **Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES ( ✓ )   NO (____)

2. If so, did you (check ALL that apply):
    ____ file a request or appeal to the Warden (USP BiG SANDY WARDEN REFUSE to RESPONSE)(BP9)   date ___
    ✓ appeal to the Regional Director I.O REMeDy # (10818311R1)   5-24-2021   date (taken By B.O P sTaFF)
    ✓ appeal to the Office of General Counsel   4-7-2021   date (caught Back so)

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4. What was the result? a investigation Was Conducted
and a Appeal Was Granted By the Regional Director
WERE every single Incident Report of that Night
Was expunged Due of the Fact of the USE of STaff Misconduct.

5. If you did not file a grievance, why not? _____

_____

_____

B. **State Prisoners** answer the following:

1.      Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?     YES ( ___ )  NO ( ___ )

2.      If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

     _____ file a grievance and seek an informal resolution        _____ date
     _____ request a hearing from the Grievance Committee     _____ date
     _____ appeal to the Warden                              _____ date
     _____ appeal to the Commissioner                      _____ date

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
          YES ( ___ )  NO ( ___ )

                                           _____ date

3.      **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4.      What was the result? _____

_____

_____

_____

5.      If you did not file a grievance, why not?

_____

_____

_____

✎EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C.   **County or City Prisoners** answer the following:

1.   Is there a grievance/appeal policy at your jail?   YES (___) NO (___)
2.   **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available.  If not, briefly describe the grievance/appeal policy below.

_____

_____

3.   Did you file a grievance regarding these facts?   YES (___) NO (___)

4.   If you filed a grievance:

a.   What steps did you take to use the grievance process? _____

_____

_____

_____

_____

b.   What was the result? _____

_____

_____

c.   If unsuccessful, did you file an appeal?   YES (___) NO (___)

d.   What was the result? _____

_____

_____

e.   Did you take any further steps in the grievance process?
        YES (___) NO (___)        NO MORE AVAILABLE (___)

f.   What was the result? _____

_____

_____

5.   If you did not file a grievance, why not?: _____

_____

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V.   OTHER LAWSUITS

A.   Have you filed any other lawsuit dealing with the same facts raised in this
     action?   YES (___) NO (✓)

B.   If your answer to question A is **YES**, describe the lawsuit in the space below.
     If you filed more than one other lawsuit, provide the same information for each
     other lawsuit on additional sheets of paper.

     1. PARTIES:

     Plaintiff:         _____

     Defendant(s):      _____

                        _____

                        _____

     2. COURT: (name the district for a federal court, or the county for a state court)

     _____

     3. CASE NO.: _____   DATE FILED: _____

     4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

     _____

     _____

     5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.   List any other lawsuits that you have filed in any state or federal court:

     1.  Plaintiff _____ vs.  Defendant(s) _____

         Court Name: _____   Case No.: _____

         Nature of Claim: _____   Date Filed: _____

         Outcome: _____   Date: _____

     2.  Plaintiff _____ vs.  Defendant(s) _____

         Court Name: _____   Case No.: _____

         Nature of Claim: _____   Date Filed: _____

         Outcome: _____   Date: _____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

    Court Name: _____    Case No.: _____

    Nature of Claim: _____    Date Filed: _____

    Outcome: _____    Date: _____

## VI.   Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

I Respectfully, ask the Court to Granted this Claim and award me with FIVE Millions Dollars, SEEKING MONETARY and INjunctive RELIEF, FOR Damage and Punitive DAMAGES, AND for injuries PHYSICALLY, Mentally and EMOTIONALLY, and to PLEASE Provided Me a LAWYER, thank You.

## VII.   Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Jenin Morel_      67722-054      3-2-2022
Signature of Plaintiff     Prison ID#       Date

Plaintiff's Address:  United States Penitentiary Thomson
                P.o.Box 1002, Thomson, Illinois 61285

Page 8 of 8