LENIN MOREL, 67722-054                            3-34
THOMSON ADMIN USP     UNT: G-UNIT     QTR: G01-020U
P.O. BOX 1001
THOMSON, IL 61285

# RECEIVED

NOV 1 0 2021

Administrative Remedy Clerk
USP Thomson

Case: 7:22-cv-00001-GFVT   Doc #: 1   Filed: 01/03/22   Page: 8 of 14 - Page ID#: 8

U.S. Department of Justice
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **MOREL, LENIN**   **67722-054**   **B**   **BSY**
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**

On Oct. 30, 2020 at 1815 there a question with my cellmate Carson Gary #17196-046 then while we was still on our knees Lt. K. Pearce come and started firing a paint ball gun striking three times on my back giving me permanent life falls scars burning marks then struck me another time on my right eye, fracturing my eye socket, broken the muscle that hold my pupils that, making it dilated, making it bigger then the normal size making it look abnormal and disfigured with one the loss of my vision, who was seen by a eye specialist doctor and recommend surgery and reading glasses, giving life permanent injury's and permanent eye disability all because of this abusive use of unnecessary brutal deadly force when I wasn't need to, not refusing a direct order #307 on incident report, then medical assessment was complete by nurse T. Goble who stated was nothing wrong with me when I need to be emergency seen by a eye doctor then was stated on medical records on statements of the cause of the injury that the injury was made out of question then was unaware when I specifically tell her I was shot with the paint gun on my eye. How enough was involved and is impossible for a fist to cause me this eye injury and back injury's, see doctor's exams and medical records then around 8040 I was moved in the cell with inmate Evans Kevin #10664 on cell #116 D-range SHU-BSY-WH USP come in the cell saying I couldn't stay in cell with him because I'm Spanish and he is black then inmate Evans press emergency button two times telling CO J Adams to remove me. He will but one CO J Adams came to cell #116 opened up the door says two sprays in the air went ↑ the structure by the door and Evans said Adams cane... [remainder illegible]

4-7-21   DATE   _____   **Lenin Morel** SIGNATURE OF REQUESTER

**Part B - RESPONSE** [illegible handwritten response]

↑ DO NOT WRITE IN PART B, USE CONTINUATION PAGE

RECEIVED
APR 2 8 2021
[illegible stamp]

_____   DATE   _____   GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE   CASE NUMBER: **1067949-A1**

**Part C - RECEIPT**
CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____   DATE   _____   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN   BP-231(13) JUNE 2002

**Administrative Remedy No. 1067949-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you claim on October 30, 2020, you were physically assaulted by staff at USP Big Sandy. You also claim a false incident report was prepared to cover staff's alleged use of unnecessary brutal force. You request an investigation of this matter and monetary relief.

The Regional Director adequately addressed your complaint and we concur with the response you were provided. You were advised that your claim of physical assault on October 30, 2020, was referred to the appropriate authority for review. A thorough review will be conducted and proper action taken as deemed necessary.

Records also show the incident report you received on October 30, 2020, (3446341), was expunged on June 15, 2021. However, expunction does not support your claim that staff prepared a false incident report against you. As to your request for compensation, the Administrative Remedy Program does not ordinarily provide for monetary relief. Your request for monetary compensation should be pursued through the appropriate statutorily-mandated procedure to resolve this issue.

This response is provided for informational purposes.

_9/23/21_
Date

_____
Ian Connors, Administrator
National Inmate Appeals /lmf



DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL

April 13, 2021.

Lenin Morel
Reg. No. 67722-054
USP Big Sandy
PO BOX 2068
Inez, KY 41224

Dear Mr. Morel:

The purpose of this letter is to acknowledge receipt of your complaint dated November 19, 2020. Our office, the U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. However, the matters that you raised are more appropriate for review by another office within the DOJ. Therefore, your complaint has been forwarded to:

>Federal Bureau of Prisons
>Office of Internal Affairs
>320 First Street
>N.W. Room 814
>Washington, D.C. 20534
>Telephone Number (202) 307-3286

Any further correspondence regarding this matter should be directed to that office.

Any additional material you provide our office regarding this matter will not be forwarded to the above agency. Instead, we recommend that you correspond directly with that agency if you have additional information to provide. Please be advised that this is the only correspondence you will receive from this Office regarding this matter.

If you have new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,
Office of the Inspector General
Investigations Division

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 30, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : LENIN MOREL, 67722-054
      THOMSON ADMIN USP    UNT: G-UNIT    QTR: G01-019U
      P.O. BOX 1001
      THOMSON, IL 61285

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID         : 1086699-R1      REGIONAL APPEAL
DATE RECEIVED     : JUNE 26, 2021
SUBJECT 1         : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2         :
INCIDENT RPT NO:

REJECT REASON 1:  YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                  ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2:  YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                  THAN ONE INCIDENT REPORT (INCIDENT NUMBER).  YOU MUST
                  FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                  OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 3:  YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                  WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                  INSTITUTION,  REGIONAL OFFICE, OR  CENTRAL
                  OFFICE LEVEL.

REJECT REASON 4:  THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                  WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                  POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                  THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REMARKS           : FILE YOUR APPEAL IN THE REGION YOU ARE ATTACHED

**U.S. DEPARTMENT OF JUSTICE**     *SENSITIVE*     **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **MOREL, LENIN**    67722-054    SHU-142    BSY
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** I'm writing this Sensitive administrative Remedy to the Region explaining this Reason behind it, at USP Big Sandy on Oct. 30 2020 staff of this institution assaulted me, use of unnecessary Deadly Brutal Force, fabricated incident's Reports and Medical Records claiming another inmate assaulted me when I was Really assaulted by staff who's name are LT. K. PEARCE, COI. ADAMS, CO. N. TUSSEY and NURSE T. GOBLE, I turn in usual administrative Remedies within the Facility Staff to find a solution of what has happened to me, on 11.20.20 I turn in a BP-9 appeal to the Warden to B side Case manager OUSLEY then on 12.10.20 I turn in a BP-8 to B consular Ms. HAMILT on 2.1.21 I turn in another BP-8 to consular of B side RUTE and then on 3.4.21 I turn in another BP-9 appeal to the Warden B side consular Ms. Hamilton, explaining what took place and what more staff mention above did to me, But the Warden my unit team Refuse to answer me or investigate what has happened that's why I went to appealing straight to the Region BP10 and then the appeal to the General Consul BP11 for a solution which Remedies ID NUMBERS are 1067949-R1, 1067949-A1, 1081830-R1, and 1081831-R1, I even ask multiple times about it to B side unit manager S. Furlo who is claiming He doesn't know what I'm talking about and that I don't have any pending Remedies which is impossible. Also ask the Warden Hector JOYNER who said He was gonna answer But never did, I didn't fully get a Remedy Recipt others and ask you notice this Remedy was file a long time ago, For my opinion which is Really distrubing the warden and B side unit team is condoning and covering misconduct and crimes committed by staff at this institution and in my eyes they getting they self involved on staff misconduct by claiming that because they either not open or throwing these Remedies I file which got me kinda of scare because if people that running this prison is letting staff getting away with crimes after what they did to me, what's gonna happened I'm gonna get kill by staff or die about that's Ruining this prison going to cover up that why I'm bringing it to the Region Attorney, to find a solution for me to feel safe.

6-21-21    [signature: Lenin Morel]
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received
JUN 28 2021
Mid-Atlantic R

DATE    WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

**Part C - RECEIPT**    CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-229(13) APRIL 1982