PSYCHOLOGY RECORD'S

**Bureau of Prisons**
**Psychology Services**
**Diagnostic and Care Level Formulation**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MOREL, LENIN | | | | Reg #: | 67722-054 |
| Date of Birth: | 10/02/1990 | Sex: | M | Facility: BSY | Unit Team: | B UNIT |
| Date: | 11/13/2020 10:34 | Provider: | LeFever, Mollie PsyD/Chief | | | |

**Presenting Problem/Symptom**

The inmate was seen in a private office in SHU per his request on this date. Mental status was WNL. Mood was dysphoric with congruent affect. The inmate reported symptoms consistent with Adjustment Disorder with Depressed Mood and Anxiety, associated with a recent significant stressor. He also discussed concerns associated with an allegation he is making. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Brief supportive counseling was provided and the inmate was provided the opportunity to express his concerns and discuss any associated emotional or cognitive distress or symptoms he may be experiencing. Coping skills he learned while participating in TP were reviewed. No other mental health distress was reported or observed.

In addition to the above, the following was provided:

(X) Self-study workbooks (Positive Self-Management; Trauma) and was advised to contact Psychology Services in the event he had questions or wished to discuss the content with a clinician;

(X) Medication Education was provided;

(x) A medication referral was made to Health Services;

(X) CBT techniques for stress reduction and symptoms management were discussed and practiced in session.

**Diagnostic Formulation**

The inmate meets the criteria for Adjustment DO: With Mixed Anxiety and Depressed Mood.

**Care Level Formulation**

No care level changes at this time.

**Diagnosis:**

Adjustment Disorders: With Mixed Anxiety And Depressed Mood, F43.23 - Current

No Diagnosis, No Dx - Resolved

Completed by LeFever, Mollie PsyD/Chief Psychologist on 11/13/2020 10:41



HOSPITAL RECORDS


Lexington Kentucky

UK ID: 026486225 / 026486225-0305
**MOREL, LENIN**
SSN: 666666666
DOB: 10/2/1990

## Face Sheet

### Patient Information

**MOREL, LENIN**   30y   Male   **Marital:**   Unknown

| | | | |
|---|---|---|---|
| **Race:** Unreported | **Language:** English | **Ethnicity:** | Patient Refused |
| **Admitted:** 10/31/2020 05:04 | **Service:** Emergency Medicine | | |
| **Discharged:** 10/31/2020 13:43 | **Exp:** | **Employer:** | UNEMPLOYED |

**Mail Address:**   1197 AIR PORT RD
INEZ,KY 41224  Martin
(606) 433-2400

**Visit Type:**   Emergency   **Care Level:**   Emergency Dept
**UK Location:**   PCF-Emergency Department
**Chief Complaint:**   HEAD INJURY

### Providers

**Attending:**   Desai  MD, Sameer

**Admitting:**   Desai  MD, Sameer

**PCP:**   NONE, PROVIDER

### Guarantor Information

MOREL, LENIN (Self)          (606) 433-2400      1197 AIR PORT RD
                                                INEZ,KY 41224

### Nearest Relative

0

### Emergency Contact

0

### Insurance

Confidential information. Usage must follow UKHC policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

**UK HealthCare**

**Documents Review Report**

| | | | |
|---|---|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-0305 | DOB: 10/2/1990 | Visit Status: DSC |
| Provider: Desai MD, Sameer | Admit Date: 10/31/2020 | Age: 30 | |
| Location: PCF-Emergency | Discharge Date: 10/31/2020 | Gender: M | |

| ED Triage Note | Last Updated: 10/31/2020 5:26:37 AM   [Entered: 10/31/2020 5:19:00 AM]<br>Authored By: LeBrun  RN, Sarah M (Registered Nurse) |
|---|---|

**Triage Presentation:**
- ED Arrival Date & Time:                    31-Oct-2020 05:04

**Triage Initial:**
- Triage Time:                                        31-Oct-2020 05:20
- Chief Complaint:                               alleged assault
- Mode of Arrival:                                 ambulance Non-care
- Transferred From:                             Transfer from ED

**Chief Complaint Information:**
- History of Present Illness:                Pt presents from prison for altercation with another
                                                             inmate, officers tried to stop the fight with pepper ball
                                                             launching, to pt face, and EMS state he was slammed
                                                             to the ground, sustaining a possible right orbital
                                                             fracture, facial hematomas and laceration, as well as
                                                             possibright wrist fracture and left finger fracture.

**COVID-19:**
- Unresponsive or Altered Mental State?        No
  unable to assess
- Is this patient's first Covid19 test             No
  ever?
- Is patient employed in a healthcare             No
  setting?
- Is patient in a congregate care/living          Yes
  setting?
- Is patient pregnant?                                       No
- In the past 20 days, have you had a              No
  positive COVID test or been exposed
  to someone with COVID?
- Have you had a fever (subjective or             No
  objective)?
- Do you have shortness of breath?               No
- Do you have a cough?                                   No
- Do you have chills?                                       No
- Do you have a sore throat?                           No
- Do you have loss of taste/smell?                 No
- Do you have body aches?                             No

**Travel Information:**
- Have you traveled outside the US in            no
  the past 60 days?

**Primary Care Physician (PCP):**

Requested By: Tyler, Susan (Medical Records Coder)                                          Printed from: UHPVHC106P1

Confidential Information. Usage must follow UKHC Policies.  Any disclosure of this
information requires the patient's specific written consent. Disclosure without consent
11/2/2020 2:32:44 PM                    violates the patient's right to privacy and will result in disciplinary action.        Page: 1 of 9

# UKHealthCare.

**Documents Review Report**

| | | | |
|---|---|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-0305 | DOB: 10/2/1990 | Visit Status: DSC |
| Provider: Desai  MD, Sameer | Admit Date: 10/31/2020 | Age: 30 | |
| Location: PCF-Emergency | Discharge Date: 10/31/2020 | Gender: M | |

| ED Triage Note | Last Updated: 10/31/2020 5:26:37 AM   [Entered: 10/31/2020 5:19:00 AM] |
|---|---|
| | Authored By: LeBrun  RN, Sarah M (Registered Nurse) |

PCP contacted?: No

Home Medications
* Outpatient Medication Status not yet specified

Vital Sign Assessment
* Systolic                                    168 mm Hg
* Diastolic                                   113 mm Hg
* BP Non Invasive Mean                        133 mm Hg
* Temperature F                               98.7 degrees F
* Temperature Celcius                         37.06 degrees C
* Temperature                                 oral
* Heart Rate                                  102 bpm
* Respiratory Rate                            18 breaths per minute
* Pulse Oximetry SpO2 (%)                     98 percent hemoglobin

Glasgow Coma Scale
Glasgow Coma Scale
* GCS  Best Eye Response                      4=spontaneous
* GCS  Best Motor Response                    6=obeys commands
* GCS  Best Verbal Response                   5=oriented
* Glasgow Coma Scale                          15

Triage Height/Weight
* Height in feet                              5 feet
* Height in inches                            9 inch
* Height in cm                                175.25 cm
* Initial Weight (lbs)                        220.6 lb
* Initial Weight (kg)                         100 kg
* BMI                                         32.6

Primary Evaluation
Additional Triage Assessment
* Pain Rating (0-10)                          10

Allergies
| Allergen/Product | Status |
|---|---|
| * No Known Allergies | Active |

General Information
Home Medications
* Outpatient Medication Status not yet specified
Hepatitis C and HIV Testing:
It is our department's policy to perform   Continue

Requested By: Tyler, Susan (Medical Records Coder)                    Printed from: UHPVHC106P1

Confidential Information. Usage must follow UKHC Policies.  Any disclosure of this
information requires the patient's specific written consent. Disclosure without consent
violates the patient's right to privacy and will result in disciplinary action.

11/2/2020 2:32:44 PM                                                        Page: 2 of 9

| **UKHealthCare** | **Documents Review Report** |
|---|---|

| Patient: MOREL, LENIN | MRN: 026486225/026486225-0305   DOB: 10/2/1990   Visit Status: DSC |
|---|---|
| Provider: Desai  MD, Sameer | Admit Date: 10/31/2020   Age: 30 |
| Location: PCF-Emergency | Discharge Date: 10/31/2020   Gender: M |

| ED Triage Note | Last Updated: 10/31/2020 5:26:37 AM   [Entered: 10/31/2020 5:19:00 AM] |
|---|---|
| | Authored By: LeBrun  RN, Sarah M (Registered Nurse) |

an HIV and Hepatitis C test on all
patients who have blood drawn,
unless you opt out.
Pharmacy Opt In/Out Statement:
Your drug prescriptions will be sent to  Opt out
UK's Chandler pharmacy and will be
ready for you at discharge from the
Emergency Department. If you wish to
decline this service your
prescriptions will be printed for you or
sent to a pharmacy of your choice.
Acuity:
•Acuity
Triage Completion Time:
•Triage Completion Time                31-Oct-2020 05:26

Electronic Signatures:
LeBrun  RN Sarah M (Nurse)  (Signed 31-Oct-20 05:26)
       Authored: Triage Presentation, Primary Evaluation-General Information

Last Updated: 31-Oct-20 05:26 by LeBrun  RN Sarah M (Nurse)

References:
1. Date Referenced From: ED Registration/Disposition Note: 10/31/2020 6:08 AM

Requested By: Tyler, Susan (Medical Records Coder)                              Printed from: UHPVHC106P1

Confidential Information. Usage must follow UKHC Policies.  Any disclosure of this
Information requires the patient's specific written consent. Disclosure without consent
11/2/2020 2:32:44 PM        violates the patient's right to privacy and will result in disciplinary action.        Page: 3 of 9

# UKHealthCare                    Documents Review Report

| | |
|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-0305      DOB: 10/2/1990      Visit Status: DSC |
| Provider: Desai  MD, Sameer | Admit Date: 10/31/2020      Age: 30 |
| Location: PCF-Emergency | Discharge Date: 10/31/2020      Gender: M |

| | |
|---|---|
| ED General Note * | Last Updated: 10/31/2020 6:23:17 AM   [Entered: 10/31/2020 6:01:00 AM]<br>Authored By: Gupta  MD, Vinayak (Physician) |

Evaluation:

CHIEF COMPLAINT: assault

HISTORY OF PRESENT ILLNESS: MOREL, LENIN is a 30y male presenting after assault. Patient is a prisoner involved in altercation with another prisoner, guards were involved, they tried to break the fight with pepper bolus, he was hit in the face multiple times. Patient had decreased visual acuity, went to outside hospital where he was found to have longitudinal fracture of the base of the 5th metacarpal into the articular surface on the right side, left 4th and 5th distal phalanges fractures, concern for open globe on the right eye, patient was transferred here for further workup. CT scans of face and head were negative. Patient without pain in other extremities, chest, abdomen, pelvis. Chest and pelvis x-ray also negative.

PAST MEDICAL/SURGICAL HISTORY: see HPI, information also comes from chart review.

ALLERGIES: Reviewed per nursing records.

SOCIAL HISTORY: Negative for current tobacco, alcohol, or recreational drug use.

FAMILY MEDICAL HISTORY: Reviewed with patient and not pertinent.

REVIEW OF SYSTEMS: All systems were reviewed with the patient and negative except as noted in the HPI.

VITALS:
VITALS (last 24h) retrieved for MOREL, LENIN at 31 Oct 2020 06:01:
    TC 37.2, Tmax 37.2 @ 31 Oct 05:19
    TF 98.9, Tmax 98.9 @ 31 Oct 05:19
    HR 102 (102 - 102)
    BP 168/113 (168/113 - 168/113)
    RR 18 (18 - 18), SpO2 99% (99% - 99%)

PHYSICAL EXAM:
GENERAL: [Well developed, well nourished, no acute distress.]
HEENT: [misshapen pupil right eye, swelling periorbital bilaterally. Mucous membranes moist.]
NECK: [no tracheal deviation.]
HEART: [Regular rate and rhythm.]
LUNGS: [clear bilaterally with normal effort and good air movement.]
ABDOMEN: [Soft, nontender, nondistended.]
EXTREMITIES: TTP 5th metacarpal right 4th and 5th left, neurovascularly intact
SKIN: [Warm, dry, well-perfused, no visible rashes.]
NEURO: [Alert, awake, and oriented to person, place, and time. CN 2-12 intact. Grossly normal with muscle strength and sensation to bilateral upper and lower extremities.]

Confidential Information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

11/2/2020 2:32:44 PM                                        Page: 4 of 9

# UKHealthCare:

## Documents Review Report

| | |
|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-0305   DOB: 10/2/1990   Visit Status: DSC |
| Provider: Desal  MD, Sameer | Admit Date: 10/31/2020   Age: 30 |
| Location: PCF-Emergency | Discharge Date: 10/31/2020   Gender: M |

| ED General Note * | Last Updated: 10/31/2020 6:23:17 AM   [Entered: 10/31/2020 6:01:00 AM] |
|---|---|
| | Authored By: Gupta  MD, Vinayak (Physician) |

MEDICAL DECISION MAKING: Patient was seen and examined with Dr Desai. In summary this is a 30 y/o male presenting to the ED for evaluation of assault. Pt on evaluation has gcs of 15, pt has a misshapen pupil, xrays were repeated here and no opthalmology was consulted. Pt started on vancomycin and zosyn. Pt handed off to Dr Pillai pending opthalmology assessment and xray reads.

IMPRESSION: 5th metacarpal acute closed right side, left 4th and 5th distal phalanges fractures acute closed, right ruptured globe
DISPOSITION:

Vinayak Gupta MD
Emergency Medicine PGY-3

Electronic Signatures:
Desai, MD, Sameer (Attending)  (Signature Pending)
    Co-Signer: EVALUATION
Gupta  MD, Vinayak (Resident)  (Signed 31-Oct-20 06:23)
    Authored: EVALUATION

Last Updated: 31-Oct-20 06:23 by Gupta  MD, Vinayak (Resident)

Requested By: Tyler, Susan (Medical Records Coder)                    Printed from: UHPVHC106P1

Confidential Information. Usage must follow UKHC Policies.  Any disclosure of this
information requires the patient's specific written consent. Disclosure without consent
violates the patient's right to privacy and will result in disciplinary action.

11/2/2020 2:32:44 PM                                                      Page: 5 of 9

| UK HealthCare | Documents Review Report | | |
|---|---|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-0305 | DOB: 10/2/1990 | Visit Status: DSC |
| Provider: Desai  MD, Sameer | Admit Date: 10/31/2020 | Age: 30 | |
| Location: PCF-Emergency | Discharge Date: 10/31/2020 | Gender: M | |

| Consult Note*-OPH - Opthalmology / Ophthalmology | Last Updated: 10/31/2020 7:07:45 AM   [Entered: 10/31/2020 7:07:00 AM]<br>Authored By: Williams  MD, Cody (Physician) |
|---|---|

**Consultation Service:**
Service/Team: OPH - Opthalmology / Ophthalmology

**Requesting Attending Physician:**
Desai  MD, Sameer (Attending)  Attending, Emergency Medicine, Medicine

**Chief Complaint:**
Requesting Service                    ED
Reason for Consult:                   Concern for open globe

**Consult Note:**

Ophthalmology Consult Note: 31 October 2020

CC: decreased vision OD

**HPI:**
30 yo male with no POHx presents as OSH transfer after an altercation with another inmate last night around 9 PM. Guards were involved and had to use pepper balls to break up the fight. Multiple balls struck the patient in the eye/face and he immediately felt pain, swelling, and decreased vision. He had difficulty opening the eye due to swelling. He denies flashing lights, floaters, or a curtain in his vision.

**PMHx**
Denies.

**POHx:**
Denies.

**SxHx:**
Denies.

**Meds/Eye Drops:**

Active Meds [retrieved for MOREL, LENIN at 31 Oct 2020 07:07]
ANTI-INFECTIVES
    Vancomycin Inj 2000 MG IntraVenous Piggy Back once
CENTRAL NERVOUS SYSTEM AGENTS
    Acetaminophen 1000 MG Oral every 6 hours
    Ibuprofen 400 MG Oral every 6 hours
    Morphine Inj 2 MG IntraVenously every hour

**Allergies:**
No Known Allergies

Requested By: Tyler, Susan (Medical Records Coder)                    Printed from: UHPVHC106P1

*Confidential Information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

11/2/2020 2:32:44 PM                                                  Page: 6 of 9

# UKHealthCare

## Documents Review Report

| | |
|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-0305    DOB: 10/2/1990    Visit Status: DSC |
| Provider: Desai  MD, Sameer | Admit Date: 10/31/2020    Age: 30 |
| Location: PCF-Emergency | Discharge Date: 10/31/2020    Gender: M |

| | |
|---|---|
| Consult Note*-OPH - Opthalmology / Ophthalmology | Last Updated: 10/31/2020 7:07:45 AM   [Entered: 10/31/2020 7:07:00 AM]  Authored By: Williams  MD, Cody (Physician) |

Social:
Denies smoking, EtOH, illicit substance use
Current inmate at Big Sandy Detention center

FHx:
Denies family history of glaucoma, blindness, significant eye disease

ROS:
CONSTITUTIONAL: No fevers/chills/weight changes
EYES: In HPI
ENT: No rhinorrhea, epistaxis, sore throat.
SKIN: No rashes, lesion or itching.
CARDIOVASCULAR: No chest pain, palpitations or dyspnea.
RESPIRATORY: No shortness of breath, cough or sputum production
GASTROINTESTINAL: No abdominal pain, nausea, vomiting, bloody stools.
GENITOURINARY: No dysuria, frequency, hematuria.
NEUROLOGICAL: No headaches, weakness or sensory loss.
MUSCULOSKELETAL: No joint pain or swelling.
HEMATOLOGIC: No bleeding or easy bruising.
LYMPHATICS: No enlarged nodes.
PSYCHIATRIC: No history of depression or anxiety.
ENDOCRINOLOGIC: No polydipsia/polyuria. No heat/cold intolerance.
ALLERGIC: No hives, eczema, or rhinitis.

Vitals: BP: 169/113 HR: 102 R:16 T: 98.9 (37.2) WT: 100.0kg (220.5lbs) HT: 175.0cm (5'8") BMI: 32.7  100.0kg
General: No acute distress

VA: CF @ Face ", 20/20.
Pupils: anisocoria, 6mm OD, 2mm OS no peaking or displacement
EOM: Full OU
CVF: Absent OD 2/2 inability to open eye, Full OS
IOP: 13, 14
pH between 7-8 OU

Slit Lamp Exam
Right:
Eye lids/Lashes: mucopurulent drainage adherent to lashes, mild periorbital edema and ecchymosis
Conjunctiva/Sclera: 2+ injection, mostly perilimbal
Cornea: severe corneal edema, +DMF
Anterior chamber: deep and well formed, no hyphema

Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

| UK HealthCare | Documents Review Report |
|---|---|

| Patient: MOREL, LENIN | MRN: 026486225/026486225-0305   DOB: 10/2/1990   Visit Status: DSC |
|---|---|
| Provider: Desai  MD, Sameer | Admit Date: 10/31/2020   Age: 30 |
| Location: PCF-Emergency | Discharge Date: 10/31/2020   Gender: M |

| Consult Note*-OPH – Opthalmology / Ophthalmology | Last Updated: 10/31/2020 7:07:45 AM   [Entered: 10/31/2020 7:07:00 AM] Authored By: Williams  MD, Cody (Physician) |
|---|---|

Iris intact, no iridodialysis
Lens unable to view
Anterior Vitreous unable to view

Left:
Eye Lids/Lashes: quiet
Conjunctiva/Sclera: quiet
Cornea: clear
Anterior chamber: Deep and quiet
Iris: intact
Lens: clear
Anterior Vitreous: quiet

Dilated with tropicamide 1% and phenylephrine 2.5%
Dilated Fundus Exam
Right:
Unable to view 2/2 corneal edema

Left:
Media/Vitreous: Clear
Cup to Disc ratio 0.2
Optic Nerve Head: sharp margins, pink, no abnormal cupping, edema, or disc hallor appreciated
Vessels: 2/3 AV caliber (normal distribution)
Macula: normal contour and pigmentation for age, no lesions
Peripheral Retina: flat, with no breaks, tears or lesions

No lab data collected in last 24 hours

Imaging:
all imaging personally reviewed
Bscan performed. Retina was flat and attached. NO RD, tears or vit heme present. All structures appeared normal.

A/P:
ALL RECOMMENDATIONS NOT FINAL UNTIL VERBALIZED WITH PRIMARY TEAM, STAFFED WITH
ATTENDING, OR THIS BOLDED SENTENCE IS DELETED.

Acute corneal edema in setting of blunt trauma OD
Ddx: Traumatic: iritis v. traumatic corneal edema v. commotio retinae
No concern for open globe: No hyphema. No iridodialysis. No epithelial defect.
Seidel negative. CT-negative. Bscan with normal findings, no RD or vit heme
Severe corneal edema obstructing view to structures posterior to cornea
Could also be commotio retinae/berlin edema but unable to view d/t hazy cornea

Requested By: Tyler, Susan (Medical Records Coder)                    Printed from: UHPVHC106P1

Confidential Information. Usage must follow UKHC Policies.  Any disclosure of this
information requires the patient's specific written consent. Disclosure without consent
violates the patient's right to privacy and will result in disciplinary action.

11/2/2020 2:32:44 PM                                                  Page: 8 of 9

| UK HealthCare | Documents Review Report |
|---|---|

| Patient: MOREL, LENIN | MRN: 026486225/026486225-0305 | DOB: 10/2/1990 | Visit Status: DSC |
|---|---|---|---|
| Provider: Desai  MD, Sameer | Admit Date: 10/31/2020 | Age: 30 | |
| Location: PCP-Emergency | Discharge Date: 10/31/2020 | Gender: M | |

| Consult Note*-OPH - Opthalmology / Ophthalmology | Last Updated: 10/31/2020 7:07:45 AM   [Entered: 10/31/2020 7:07:00 AM] Authored By: Williams  MD, Cody (Physician) |
|---|---|

Recommendations:
Vitamin C 500mg PO BID
Doxycycline 100mg PO BID
Pred forte QID, Cyclopentolate BID Muro BID PF AT QID, and E-myin ung QHS OD
Recheck in general clinic within 1 week

Call with questions.

Cody Williams, PGY2
Ophthalmology
Pager: 1865

Electronic Signatures:
Franklin, MD, John M (Attending) (Signature Pending)
    Co-Signer: CONSULTATION SERVICE EVALUATION
Williams  MD, Cody (Resident) (Signed 31-Oct-20 09:32)
    Authored: CONSULTATION SERVICE EVALUATION

Last Updated: 31-Oct-20 09:32 by Williams  MD, Cody (Resident)

Printed from: UHPVHC100P1
Confidential Information. Usage must follow UKHC Policies.  Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

Case: 7:22-cv-00001-GFVT   Doc #: 1-1   Filed: 01/03/22   Page: 14 of 78 - Page ID#: 28







# FILL YOUR PRESCRIPTION
## BEFORE YOU LEAVE

Stop by our convenient, full-service pharmacy as you leave and avoid having to make an additional stop on the way home.

We offer:

- Discounts on many prescriptions and products.
- Convenient over-the-counter products.
- Easy online refills.

Most insurance accepted.

It's right on your way to the garage. Just follow the map on the back of this page.

**OPEN 24 HOURS EVERY DAY!**

Pharmacists are available to answer your medication questions.

Visit ukpharmacy.org for more information.

REV 9/2020

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND

UK HealthCare
University of Kentucky
800 Rose St., Lexington, KY 40536
(859)323-5000

MOREL, LENIN
Written: 10/31/2020
DOB: 10/24/1990

Patient Address: 192 Air Port Rd, Inez KY 41224

doxycycline hyclate 100mg oral capsule

1 capsule(s) 2 times a days Takes as Directed

QUANTITY: 20 (twenty)
REFILLS: None
Refill Note: 11/1/2020

State License: 363026
NPI: 1192249990
DEA:

Signature:
Prescriber: Hock, Yunhua MD
Serviced:

This is your prescription.

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW.

This is your prescription.



# FILL YOUR PRESCRIPTION
## BEFORE YOU LEAVE

Stop by our convenient, full-service pharmacy as you leave and avoid having to make an additional stop on the way home.

We offer:

- Discounts on many prescriptions and products.
- Convenient over-the-counter products.
- Easy online refills.

Most insurance accepted.

It's right on your way to the garage. Just follow the map on the back of this page.

REV 9/2020



OPEN 24 HOURS
EVERY DAY!

Pharmacists are available to answer your medication questions.

Visit ukpharmacy.org for more information.







# FILL YOUR PRESCRIPTION
## BEFORE YOU LEAVE

Stop by our convenient, full-service pharmacy as you leave and avoid having to make an additional stop on the way home.

We offer:

- Discounts on many prescriptions and products.
- Convenient over-the-counter products.
- Easy online refills.

Most insurance accepted.

It's right on your way to the garage. Just follow the map on the back of this page.

REV 9/2020

**OPEN 24 HOURS EVERY DAY!**

Pharmacists are available to answer your medication questions.

Visit ukpharmacy.org for more information.





# FILL YOUR PRESCRIPTION
## BEFORE YOU LEAVE

Stop by our convenient, full-service pharmacy as you leave and avoid having to make an additional stop on the way home.

We offer:

- Discounts on many prescriptions and products.
- Convenient over-the-counter products.
- Easy online refills.

Most insurance accepted.

It's right on your way to the garage. Just follow the map on the back of this page.

**OPEN 24 HOURS EVERY DAY!**

Pharmacists are available to answer your medication questions.

Visit ukpharmacy.org for more information.

REV 9/2020

Ascorbic Acid Tablet (Ordered as Vitamin C) 500mg tablet orally 2xday

Doxycycline tablet 100mg 2 times a day

*sent with patient*

Cyclopentolate ophthalmic 2% solution 1 drop right eye every 12 hours — *1 dose given in ER*

Erythromycin ophthalmic 0.5% ointment 1 application right eye once a day at bedtime — *to be given tonight*

Prednisolone ophthalmic acetate 1% suspension 1 drop right eye 4 times a day — *2 dose given in ER*

Sodium Chloride, hypertonic ophthalmic 5% solution 1 drop right eye 2 times a day — *1 dose given in ER*

Acute Corneal edema, metacarpal fracture, Phalangeal fracture

*prescription sent*

Vitamin C 500mg PO BID — *1 dose given today @ ER*

Doxycycline 100mg PO BID — *1 dose given today @ ER*

-Pred forte QID, Cyclopentolate BID, Muro BID, PFAT QID, and E-mycin ung QHS OD

Recheck in general clinic within 1 week.

Keep the splint of fractures dry at all times.

Review in Bourne's hand clinic on Wednesday

Optho follow-up:

Expect a call from UKHealthCare within 24 hours to schedule a follow-up appointment. If you do not receive a call, please call 859-323-5867 to schedule an appointment with the Ophthalmology Clinic.

Hand team follow-up:

Expect a call within 24 business hours. If you do not receive a call within 24 business hours please call the Plastic Surgery Clinic at 323-8082)

KODI - Personalize & Print

Notes: Ascorbic Acid Tablet (Ordered as Vitamin C) 500mg tablet orally 2xday Doxycycline tablet 100mg 2 times a day Cyclopentolate ophthalmic 2% solution 1 drop right eye every 12 hours Erythromycin ophthalmic 0.5% ointment 1 application right eye once a day at bedtime Prednisolone ophthalmic acetate 1% suspension 1 drop right eye 4 times a day Sodium Chloride, hypertonic ophthalmic 5% solution 1 drop right eye 2 times a day Acute Corneal edema, metacarpal fracture, Phalangeal fracture -Vitamin C 500mg PO BID -Doxycycline 100mg PO BID -Pred forte QID, Cyclopentolate BID, Muro BID, PFAT QID, and E-mycin ung QHS OD -Recheck in general clinic within 1 week -Keep the splint of fractures dry at all times. Review in Bourne's hand clinic on Wednesday Optho Follow up Expect a call from UKHealthCare within 24 hours to schedule a follow-up appointment. If you do not receive a call, please call 859-323-5867 to schedule an appointment with the Ophthalmology Clinic. Hand team follow up: Expect a call wi

© 2000-2020 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**UK HealthCare**
**Shift Summary Report**

| MOREL LENIN | PCF Emergency Department | 30y | M | Desai, MD, Sameer |
|---|---|---|---|---|
| | Admit Date: 31-Oct-2020 | Birth Date: 02-Oct-1990 | | 026486225/026486225-0305 |

### The Reporting Date/Time Period   30-Oct-2020 13:13   to   31-Oct-2020 13:13

**Allergies**

No Known Allergies

**Weight**

220 lbs 7 oz          100.000 kg

**Latest Lab Results**                                    from 30-Oct-2020 13:13 to 31-Oct-2020 13:13

|  | Latest Value | Range | | Highest / Lowest |
|---|---|---|---|---|
| Angiography | | | | |
| Radiology PACS Image | U | | 31-Oct-2020 06:55 | |

**Current Medications**                    from 30-Oct-2020 13:13 to 31-Oct-2020 13:13

| | Medication | | Start | Stop | Last Given |
|---|---|---|---|---|---|
| active | Acetaminophen | Tablet [Known as TYLENOL oral] Dose = 1000 MG Oral every 6 hours Alternate with NSAIDs if available | 31-Oct-2020 05:49 | 01-Dec-2022 23:59 | 31-Oct-2020 13:00 |
| active | Ibuprofen | Tablet Dose = 400 MG Oral every 6 hours Alternate with acetaminophen if available | 31-Oct-2020 05:49 | 01-Dec-2022 23:59 | 31-Oct-2020 13:00 |

---

Requested By: Withers  RN, Bonnie N (Nurse)

Printed from: Critical Care

10/31/2020 1:13:03 PM

*Confidential Information. Usage must follow UKHC policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

Page: 1 of 4

## UK HealthCare
### Shift Summary Report

| MOREL, LENIN | FCF-Emergency Department | 30y | M | Desat: MD, Sameer |
|---|---|---|---|---|
| Admit Date: 31-Oct-2020 | | Birth Date: 02-Oct-1990 | | 026486225/026486225-0305 |

### The Reporting Date/Time Period   30-Oct-2020 13:13   to   31-Oct-2020 13:13

| Current Medications | | from 30-Oct-2020 13:13 to 31-Oct-2020 13:13 | | |
|---|---|---|---|---|

| | Medication | | Start | Stop | Last Given |
|---|---|---|---|---|---|
| active | Morphine Inj. | Solution<br>Dose = 2 - 4 MG<br>IntraVenously every hour<br>PRN Pain unresponsive to other<br>medications/interventions and<br>inability to take PO<br>Hold for sedation. Do not use<br>within 24 hours of anticipated<br>discharge. | 31-Oct-2020 05:49 | 01-Dec-2022 23:59 | 31-Oct-2020 10:48 |
| active | Ascorbic Acid | Tablet<br>[Ordered as VITAMIN C]<br>Dose = 500 MG Oral 2 times a day | 31-Oct-2020 08:57 | 01-Dec-2022 23:59 | 31-Oct-2020 09:38 |
| active | Doxycycline | Tablet<br>[Known as VIBRAMYCIN]<br>Dose = 100 MG Oral 2 times a day | 31-Oct-2020 08:57 | 01-Dec-2022 23:59 | 31-Oct-2020 09:38 |
| active | PrednisoLONE ophthalmic acetate 1% suspension | [Known as PRED FORTE]<br>Dose = 1 drop Right EYE 4 times a day | 31-Oct-2020 08:57 | 01-Dec-2022 23:59 | 31-Oct-2020 13:00 |
| active | Cyclopentolate ophthalmic 2% solution | [Known as CYCLOGYL 2%]<br>Dose = 1 drop Right EYE every 12 hours | 31-Oct-2020 08:58 | 01-Dec-2022 23:59 | 31-Oct-2020 10:48 |
| active | | | 31-Oct-2020 08:59 | 01-Dec-2022 23:59 | 31-Oct-2020 10:48 |

Confidential Information. Usage must follow UKHC policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

**UK HealthCare**
**Shift Summary Report**

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sodium Chloride, hypertonic, ophthalmic 5% solution | [Ordered as MURO-128] Dose = 1 drop Right EYE 2 times a day |  |  |
| active | Erythromycin ophthalmic 0.5% ointment | Dose = 1 application Right EYE once a day (at bedtime) | 31-Oct-2020 09:02 | 01-Dec-2022 23:59 |
| active | (Pharmacy) | ADM OVERRIDE - One - Time Order - Ibuprofen 400 mg Tablet Qty Removed: 1 EACH Route - Dose Given <see task> ADM OVERRIDE - Performed by: Withers, Bonnie~ (EDCC-D21-S1-PD5) | 31-Oct-2020 12:59 | 31-Oct-2020 12:59 |
| active | (Pharmacy) | ADM OVERRIDE - One - Time Order - acetaminophen 500 mg Tablet Qty Removed: 2 EACH Route - Dose Given <see task> ADM OVERRIDE - Performed by: Withers, Bonnie - (EDCC-D26-S0-PA3) | 31-Oct-2020 12:59 | 31-Oct-2020 12:59 |

### Current Providers

| | |
|---|---|
| Admitting | Desai  MD, Sameer  (Attending) |
| Attending | Desai  MD, Sameer  (Attending) |
| PCP | NONE, PROVIDER  (PROVIDER) |
| Referring | PROVIDER NOT FOUND (PROVIDER) |
| Ordered | LeBrun  RN, Sarah M (Nurse) |
| Ordered | Moore  MD, James D (Attending) |
| Ordered | ZAPM UNKNOWN (PROVIDER) |
| Ordered | Gupta  MD, Vinayak (Resident) |
| Ordered | Deaton  RN, Madison A (Nurse) |
| Ordered | Williams  MD, Cody  (Resident) |

Confidential Information. Usage must follow UKHC policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

| UK HealthCare |
| --- |
| Shift Summary Report |

| MOREL, LENIN | PCU-Emergency Department | 30 | M | Desai, MD, Sameer |
| --- | --- | --- | --- | --- |
| Admit Date: 31-Oct-2020 | Birth Date: 02-Oct-1990 | | | 026486225/026486225-0505 |

### The Reporting Date/Time Period   30-Oct-2020 13:13   to   31-Oct-2020 13:13

**Current Providers**

Ordered                         Somarajan Pillai  MD, Saran  (Resident)

Requested By: Withers  RN, Bonnie N (Nurse)

Printed from: Critical Care

10/31/2020 1:13:03 PM

*Confidential Information. Usage must follow UKHC policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

Page: 4 of 4

From:                                          11/02/2020 10:40      #093 P.006/029

G01-19

**Highlands ARH Reg Med Center**
**5000 KY-321**
**Prestonsburg, KY 41653**

**Emergency Department Note**
**Signed**

Patient: D67722054,D67722054                           MR#: DZ00001283
DOB: 10/02/1990                                         Acct:DH2000010152
Age/Sex: 30 / M              Morel, Levin               ADM Date: 10/30/20
Loc: DH.ED                   G7722.054
Attending Dr:

cc: ~

## HPI - Physical Assault
**General**
Chief complaint: Assault, Physical
Stated complaint: Assult
Time Seen by Provider: 10/30/20 23:12
Nurse Attestation Statement: I have reviewed the nurses notes.
PMFSH/Allergies:: reviewed and noted by MD
Source: patient, RN notes reviewed and police
Mode of arrival: ambulatory
Limitations: no limitations
**History of Present Illness**
HPI narrative: 30 YOM who presents to the ED with the CC of facial trauma. He was in prison, got
into altercation w/ another inmate, was hit in the head with fist, and was shot with paintball like gun
by LEO, and was pepper sprayed. Patient has complaints of eye pain, head ache, left hand pain
(dominant hand). Unsure last tetanus shot. No LOC. Pain is characterized as severe.
**Related Data**
Chronic Medication Use: No

### Home Medications

| Medication | Instructions | Recorded | Confirmed |
|---|---|---|---|
| No Known Home Medications | | 10/30/20 | 10/30/20 |

### Allergies

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| No Known Drug Allergies | Allergy | | | Verified | 10/30/20 23:12 |

**Coronavirus**
Has Patient Experienced Coronavirus Symptoms: No

## PMFSH
**PMFSH**
**Historical Routines**
**Social History** (Reviewed 10/30/20 @ 23:33 by Zachary Hamilton, DO)
housing: other
marital status: Single
current occupational status: other
Emergency Department 1030-00338

DHHRM
Patient name: D67722054,D67722054
Account #: DH2000010152

2

**Smoking Status:** Former smoker
**second hand exposure:** No
**alcohol Intake:** never
**substance use type:** does not use

**Social History**
housing: other
marital status: Single
current occupational status: other
**Tobacco**
Smoking Status: Former smoker
second hand exposure: No
**Alcohol**
alcohol Intake: never
**Substance Use**
substance use type: does not use

## Review of Systems
**ROS**
ROS: All systems reviewed & are negative except as noted in HPI & below
**Const**
Constitutional: Reports system reviewed and no additional complaints, except as documented
**Eyes**
Eyes: Reports system reviewed and no additional complaints, except as documented
**ENT**
Ears, Nose, Mouth, and Throat: Reports system reviewed and no additional complaints, except as documented
**Resp**
Respiratory: Reports system reviewed and no additional complaints, except as documented
**Cardio**
Cardiovascular: Reports system reviewed and no additional complaints, except as documented
**GI**
Gastrointestinal: Reports system reviewed and no additional complaints, except as documented
**GU**
Genitourinary: Reports system reviewed and no additional complaints, except as documented
**Musculoske**
Musculoskeletal: Reports system reviewed and no additional complaints, except as documented
**Int/Breast**
Skin/Breast: Reports system reviewed and no additional complaints, except as documented
**Neuro**
Neurologic: Reports system reviewed and no additional complaints, except as documented
**Psych**
Psychiatric: Reports system reviewed and no additional complaints, except as documented
**Endo**
Endocrine: Reports system reviewed and no additional complaints, except as documented
**Hem/Lymp**
Hematologic/Lymphatic: Reports system reviewed and no additional complaints, except as documented
**Aller/Immu**

Emergency Department 1030-00336

DHHRM                                                                          3
Patient name: D67722054,D67722054
Account #: DH2000010152

Allergic/Immunologic: Reports system reviewed and no additional complaints, except as documented

## Exam
Const:      General: cooperative  Orientation: alert, awake and oriented x3
HENMT:      Head: no palpable skull fracture, laceration (left forehead) and raccoon eyes  Ears:
            hearing grossly normal bilaterally and TM's normal bilaterally  General nose exam:
            septum normal and no nasal discharge  Face and sinus: no crepitus and no
            lacerations  Mouth: oral mucosae normal and oropharynx normal  Teeth and
            gingiva: dentition normal  Throat: posterior oropharynx normal
Eyes:       Periorbital: periorbital findings abnormal bilaterally periorbital swelling and
            periorbital ecchymosis  Conjunctivae: conjunctival abnormality bilaterally
            conjunctival injection  EOM: EOM intact bilaterally  Other: Right pupil is 6 mm
            minimally reactive and left 3 mm
Neck:       Neck: full ROM
Chest:      Chest: no tenderness and other (abrasions)
Resp:       Effort & Inspection: normal respiratory effort  Auscultation: clear to auscultation
            bilaterally
Cardio:     Rate: regular rate  Rhythm: regular rhythm  Heart Sounds: S1 normal and S2
            normal
GI:         Palpation: soft, no guarding and nontender
Musculoske: Cervical Spine: cervical ROM normal and No cervical muscular tenderness  Thoracic/
            Lumbar Spine: thoracic and lumbar spine normal to inspection  Pelvis: no pain with
            anterior-posterior compression and no pain with lateral compression
Skin:       Other: laceration as per HENMT; superficial abrasions on torso and back
Neuro:      General: patient alert, patient awake and patient oriented x3  Cognition: normal
            cognition  Speech: speech normal  Gait: normal gait  Motor: strength 5/5
            throughout  Sensory Exam: no sensory deficits noted
Extrem:     General: full ROM
Psych:      Appearance: grossly normal

## Procedures
**Laceration**
Laceration 1:
    Site: other (forehead)
    Side (if applicable): left
    Size (cm): 3
    Description: irregular
    Depth: simple, single layer
    Local Anesthetic: lidocaine 2%
    Amount of Anesthesia Used: 2 ML
    Pre-repair: wound explored, irrigated extensively and deep structures intact
    Type of Suture: nylon
    Size (cm): 4-0
    Number of sutures: 4
    Technique: simple, interrupted
    Estimated blood loss (mL): 0

## Course
**Vital Signs**
Vital signs:                                            **Vital Signs**

Emergency Department 1030-00336

From:                                    11/02/2020 10:41    #093 P.009/029

DHHRM
Patient name: D67722054,D67722054
Account #: DH2000010152

④

| Temperature | 98.4 F | 10/30/20 23:05 |
|---|---|---|
| Pulse Rate | 107 H | 10/30/20 23:05 |
| Respiratory Rate | 14 | 10/30/20 23:05 |
| Blood Pressure | 142/88 H | 10/30/20 23:05 |
| Pulse Oximetry | 96 | 10/30/20 23:05 |

| Temperature | 98.4 F | 10/31/20 03:01 |
|---|---|---|
| Pulse Rate | 88 | 10/31/20 03:01 |
| Respiratory Rate | 19 | 10/31/20 03:01 |
| Blood Pressure | 134/76 H | 10/31/20 03:01 |
| Pulse Oximetry | 98 | 10/31/20 03:01 |

## MDM - Physical Assault

**MDM Narrative**
Medical decision making narrative: Patient triaged by nursing. H and P as above, vital reviewed. Pt w/ reported assault. Trauma assessment performed. Laceration of forehead repaired per procedure note. CT head/face, CXR, pelvis XR, b/l Hand XR obtained. IV placed by nursing w/ labs checked. Imaging showed left distal phalanx fx and right proximal metacarpal fx of 5th. Splint care performed by nursing staff. Tetanus updated. My main concern for this patient is his right eye, pupil dilated and slow w/ reaction, vision impaired w/ inability to obtain his acuity. My concern would be globe injury vs. traumatic iritis. We do not have optho available at our facility. I called PMC in pikeville, however they did not have optho coverage for tonight. So I spoke with the Optho team at UK (Dr. Franklin) who accepted to patient for further evaluation. Patient stable at time of transfer.

**Differential Diagnosis**
Differential diagnosis: Likely injury due to physical assault and other (globe rupture, traumatic iritis, corneal abrasion, ICH)

**Lab Data**
Attestation: I reviewed the patient's lab results.

Result diagrams:                                        10/30/20 23:38

$$17,70H \diagdown \frac{15.4}{44.0} \diagdown 249$$

                                                        10/30/20 23:38

$$\frac{138 \mid 106 \mid 17}{4.0 \mid 25.0 \mid 1.99H}$$

Labs:                                        **Lab Results**

| | 10/30/20 23:38 | 10/30/20 23:38 | 10/30/20 23:38 | Range/Units |
|---|---|---|---|---|
| WBC | 17.70 H | | | (4.23-9.07)  x10^3/uL |
| RBC | 4.70 | | | (4.63-6.08)  x10^6/uL |
| Hgb | 15.4 | | | (13.1-16.0)  g/dL |

Emergency Department  1030-00336

From:

11/02/2020 10:41     #093 P.010/029

DHHRM
Patient name: D67722054,D67722054
Account #: DH2000010152

5

| Test | | | | | Reference Range |
|---|---|---|---|---|---|
| Hct | 44.0 | | | | (39.6-48.7)  % |
| MCV | 93.6 H | | | | (79.0-92.2)  fL |
| MCH | 32.8 H | | | | (25.7-32.2)  pg |
| MCHC | 35.0 | | | | (32.3-36.5)  g/dL |
| RDW Std Deviation | 40.6 | | | | (35.1-43.9)  fL |
| RDW Coeff of Var | 11.9 | | | | (11.6-14.4)  % |
| Plt Count | 249 | | | | (163-337)  x10^3/uL |
| MPV | 10.4 | | | | (9.4-12.4)  fL |
| Neut % (Auto) | 80.6 H | | | | (34.0-67.9)  % |
| Lymph % (Auto) | 12.1 L | | | | (21.8-53.1)  % |
| Mono % (Auto) | 6.5 | | | | (5.3-12.2)  % |
| Eos % (Auto) | 0.1 L | | | | (0.8-7.0)  % |
| Baso % (Auto) | 0.2 | | | | (0.2-1.2)  % |
| Neut # (Auto) | 14.28 H | | | | (1.78-5.38)  x10^3/uL |
| Lymph # (Auto) | 2.14 | | | | (1.32-3.57)  x10^3/uL |
| Mono #.(Auto) | 1.15 H | | | | (0.30-0.82)  x10^3/uL |
| Eos # (Auto) | 0.02 L | | | | (0.04-0.54)  x10^3/uL |
| Baso # (Auto) | 0.03 | | | | (0.01-0.08)  x10^3/uL |
| Abs Immat Gran (auto) | 0.0800 H | | | | (0-0.0310)  X10^3/uL |
| Nucleated RBC % (auto) | 0.0 | | | | (0-0.2)  /100 WBC |
| Imm/Tot Granulo (auto) | 0.500 H | | | | (0-0.429)  % |
| Nucleated RBCs # | 0.000 | | | | (0-0.012)  x10^3/uL |
| PT | | 10.8 | | | (9.2-11.7)  Seconds |
| INR | | 1.05 | | | (0.88-1.12) |
| Sodium | | | | 138 | (136-145)  mmol/L |
| Potassium | | | | 4.0 | (3.5-5.1)  mmol/L |
| Chloride | | | | 106 | (98-107)  mmol/L |
| Carbon Dioxide | | | | 25.0 | (21.0-32)  mmol/L |
| Anion Gap | | | | 7.0 L | (10.0-20.0)  mmol/L |
| BUN | | | | 17 | (7.0-18.0)  mg/dL |
| Creatinine | | | | 1.99 H | (0.70-1.30)  mg/dL |
| Estimated GFR | | | | 39.7 | |
| Est GFR (African Amer) | | | | 39.7 | |
| BUN/Creatinine Ratio | | | | 8.5 | (6.0-20.0)  Ratio |
| Glucose | | | | 117 H | (70-99)  mg/dL |
| Calcium | | | | 9.2 | (8.5-10.1)  mg/dL |
| Total Bilirubin | | | | 0.60 | (0.20-1.00)  mg/dL |
| AST | | | | 30 | (15-37)  U/L |
| ALT | | | | 40 | (16-63)  U/L |
| Alkaline Phosphatase | | | | 96 | (46-116)  U/L |
| Total Creatine Kinase | | | | 1407 H | (39.00-308.00)  U/L |
| Total Protein | | | | 8.0 | (6.4-8.2)  g/dL |
| Albumin | | | | 4.1 | (3.4-5.0)  g/dL |
| Albumin/Globulin Ratio | | | | 1.1 | (1.0-2.0)  Ratio |
| Urine Opiates Screen | | | | | (Negative) |
| Ur Buprenorphine Scrn | | | | | (Negative) |
| Ur Oxycodone Screen | | | | | (Negative) |
| Urine Methadone Screen | | | | | (Negative) |
| Ur Barbiturates Screen | | | | | (Negative) |
| Ur Amphetamines Screen | | | | | (Negative) |

Emergency Department  1030-00336

From:                                              11/02/2020 10:42        #093 P.011/029

DHHRM
Patient name: D67722054,D67722054
Account #: DH2000010152                                                            6

| | | | | |
|---|---|---|---|---|
| U Benzodiazepines Scrn | | | | (Negative) |
| Urine Cocaine Screen | | | | (Negative) |
| U Marijuana (THC) Screen | | | | (Negative) |
| Serum Alcohol | | | < 10 | (0-10)  mg/dL |

| | 10/30/20 23:38 | Range/Units |
|---|---|---|
| WBC | | (4.23-9.07)  x10^3/uL |
| RBC | | (4.63-6.08)  x10^6/uL |
| Hgb | | (13.1-16.0)  g/dL |
| Hct | | (39.6-48.7)  % |
| MCV | | (79.0-92.2)  fL |
| MCH | | (25.7-32.2)  pg |
| MCHC | | (32.3-36.5)  g/dL |
| RDW Std Deviation | | (35.1-43.9)  fL |
| RDW Coeff of Var | | (11.6-14.4)  % |
| Plt Count | | (163-337)  x10^3/uL |
| MPV | | (9.4-12.4)  fL |
| Neut % (Auto) | | (34.0-67.9)  % |
| Lymph % (Auto) | | (21.8-53.1)  % |
| Mono % (Auto) | | (5.3-12.2)  % |
| Eos % (Auto) | | (0.8-7.0)  % |
| Baso % (Auto) | | (0.2-1.2)  % |
| Neut # (Auto) | | (1.78-5.38)  x10^3/uL |
| Lymph # (Auto) | | (1.32-3.57)  x10^3/uL |
| Mono # (Auto) | | (0.30-0.82)  x10^3/uL |
| Eos # (Auto) | | (0.04-0.54)  x10^3/uL |
| Baso # (Auto) | | (0.01-0.08)  x10^3/uL |
| Abs Immat Gran (auto) | | (0-0.0310)  X10^3/uL |
| Nucleated RBC % (auto) | | (0-0.2)  /100 WBC |
| Imm/Tot Granulo (auto) | | (0-0.429)  % |
| Nucleated RBCs # | | (0-0.012)  x10^3/uL |
| PT | | (9.2-11.7)  Seconds |
| INR | | (0.88-1.12) |
| Sodium | | (136-145)  mmol/L |
| Potassium | | (3.5-5.1)  mmol/L |
| Chloride | | (98-107)  mmol/L |
| Carbon Dioxide | | (21.0-32)  mmol/L |
| Anion Gap | | (10.0-20.0)  mmol/L |
| BUN | | (7.0-18.0)  mg/dL |
| Creatinine | | (0.70-1.30)  mg/dL |
| Estimated GFR | | |
| Est GFR (African Amer) | | |
| BUN/Creatinine Ratio | | (6.0-20.0)  Ratio |
| Glucose | | (70-99)  mg/dL |
| Calcium | | (8.5-10.1)  mg/dL |
| Total Bilirubin | | (0.20-1.00)  mg/dL |
| AST | | (15-37)  U/L |
| ALT | | (16-63)  U/L |
| Alkaline Phosphatase | | (46-116)  U/L |

Emergency Department 1030-00336

From:                                        11/02/2020 10:42      #093 P.012/029

DHHRM
Patient name: D67722054,D67722054
Account #: CH2000010152                                                   7

| Total Creatine Kinase | | (39.00-308.00) U/L |
|---|---|---|
| Total Protein | | (6.4-8.2) g/dL |
| Albumin | | (3.4-5.0) g/dL |
| Albumin/Globulin Ratio | | (1.0-2.0) Ratio |
| Urine Opiates Screen | Negative | (Negative) |
| Ur Buprenorphine Scrn | Negative | (Negative) |
| Ur Oxycodone Screen | Negative | (Negative) |
| Urine Methadone Screen | Negative | (Negative) |
| Ur Barbiturates Screen | Negative | (Negative) |
| Ur Amphetamines Screen | Negative | (Negative) |
| U Benzodiazepines Scrn | Negative | (Negative) |
| Urine Cocaine Screen | Negative | (Negative) |
| U Marijuana (THC) Screen | Negative | (Negative) |
| Serum Alcohol | | (0-10) mg/dL |

Imaging Data
CT scan - head:
    Attestation: I personally reviewed and interpreted this imaging study as follows:
    Radiologist's Impression:  \

Imaging

Chest X-Ray  10/30/20 23:12
Impression: Negative study.

Created and Electronically Signed by: Charles Siegler, MD on 10/31/2020 12:08.
AM

Face CT  10/30/20 23:12
Impression:
1.  Soft tissue injury.
2.  No facial bone fracture.

Created and Electronically Signed by: Joseph Dransfeld, MD on 10/31/2020 12:09
AM

Hand X-Ray  10/30/20 23:12
Impression:  Fractures of the fourth and fifth distal phalanges.

Created and Electronically Signed by: Charles Siegler, MD on 10/31/2020 12:09
AM

Head CT  10/30/20 23:12
IMPRESSION: No acute intracranial findings.

Created and Electronically Signed by: Charles Siegler, MD on 10/31/2020 12:05
AM

Emergency Department  1030:00336

From:                                          11/02/2020 10:43      #093 P.013/029

⑧

DHHRM
Patient name: D67722054,D67722054
Account #: DH2000010152

Pelvis X-Ray  10/30/20 23:12
Impression: Negative study.

Created and Electronically Signed by: Charles Siegler, MD on 10/31/2020 12:08
AM

Wrist X-Ray  10/30/20 23:12
Impression: Negative study.

Created and Electronically Signed by: Charles Siegler, MD on 10/31/2020 12:08
AM

Hand X-Ray  10/31/20 01:33
Impression:  Fracture base of fifth metacarpal

Created and Electronically Signed by: Charles Siegler, MD on 10/31/2020 1:48
AM

## Critical Care Time
Critical Care Time
Critical Care Time: Yes
Total Critical Care Time: 40
Attestation: Trauma care, assault, vision loss concern for globe injury/intracranial injury. Due to a
high probability of clinically significant, life threatening deterioration, the patient required my highest
level of preparedness to intervene emergently and I personally spent this critical care time directly
and personally managing the patient. This critical care time included obtaining a history; examining
the patient; pulse oximetry; ordering and review of studies; arranging treatment with development
of a management plan;  frequent reassessment; and, discussions with other providers.
This critical care time was performed to assess and manage the high probability of imminent, life-
threatening deterioration that could result in multi-organ failure. It was exclusive of separately
billable procedures and treating other patients and teaching time.

## Discharge Plan
Discharge Instructions:
Chief Complaint: Assault, Physical

Clinical Impression:
 Assault, Impaired vision, Closed fracture of distal phalanx of left hand

Face lacerations
Qualifiers:
 Encounter type: Initial encounter Qualified Code(s): S01.81XA - Laceration without foreign body
Emergency Department 1030-00336

From:                                                11/02/2020 10:43      #093 P.014/029

DHHRM                                                                              9
Patient name: D67722054,D67722054
Account #: DH2000010162

of other part of head, initial encounter

**Fracture of metacarpal**
**Qualifiers:**
**Encounter type:** initial encounter **Metacarpal bone:** fifth **Fracture type:** closed **Metacarpal**
**location:** base **Fracture alignment:** nondisplaced **Laterality:** right **Qualified Code(s):** S62.346A -
Nondisplaced fracture of base of fifth metacarpal bone, right hand, initial encounter for closed fracture

Condition: Fair

Patient Disposition: Other Health Care Inst.

Prescriptions:
**No Action**
 **No Known Home Medications**
   RF: 0

Discharge Date/Time: 10/31/20 03:04

Documented By:    Zachary Hamilton, DO                        10/30/20 2331
Signed By:        <Electronically signed by Zachary Hamilton, DO>    10/31/20 0317

Emergency Department 1030:00336

From:                                          11/02/2020 10:47      #093 P.029/029

**Highlands ARH Reg Med Center**
**5000 KY-321**
**Prestonsburg, KY 41653**

**CT Scan Report**
**Signed**

Patient: D67722054,D67722054                    Enterprise#: E02012981
DOB: 10/02/1990                                 MR#: DZ00001283
Age/Sex: 30 / M                                 Acct:DH2000010152
Loc: DH,ED                                      ADM Date: 10/30/20
Attending Dr:

Ordering Physician: Zachary Hamilton, DO
Date of Service: 10/30/20
Procedure(s): CT facial bones wo con
Accession Number(s): A0000962315

cc: Zachary Hamilton, DO~:

History:  pt presents s/p altercation, pepper sprayed, hit with pepper
bullets, swelling to bilateral eyes and nose

Comparison:  None

Interpretation:  Routine CT of the face.

There is mucosal thickening right maxillary sinus.  The remaining sinuses are
clear.

There is no facial bone fracture.  Minimal radiopaque superficial debris
anterior to the right globe.

There is  soft tissue swelling anteriorly right maxilla.  There is soft tissue
swelling of the eyes and forehead.  There is a left forehead soft tissue
laceration.

Impression:
1.  Soft tissue injury.
2.  No facial bone fracture.

Created and Electronically Signed by: Joseph Dransfeld, MD on 10/31/2020 12:09
AM

Dictated By:        Joseph W Dransfeld, MD                    10/31/20 0004
Transcribed By:  ·  Meditech Mt
Signed By:          <Electronically signed by Joseph W Dransfeld, MD in OV>    10/31/20 0009

Imaging  1031-00007

From:                                                      11/02/2020 10:47     #093 P.027/029

Highlands ARH Reg Med Center
5000 KY-321
Prestonsburg, KY 41653

CT Scan Report
Signed

Patient: D67722054,D67722054                    Enterprise#: E02012981
DOB: 10/02/1990                                 MR#: DZ00001263
Age/Sex: 30 / M                                 Acct:DH2000010152
Loc: DH.ED                                       ADM Date: 10/30/20
Attending Dr:

Ordering Physician: Zachary Hamilton, DO
Date of Service: 10/30/20
Procedure(s): CT head/brain wo con
Accession Number(s): A0060962316

cc: Zachary Hamilton, DO~

HISTORY: pt presents s/p altercation, pepper sprayed, hit with pepper bullets, knot to frontal aspect

COMPARISON: None

TECHNIQUE: Multiple contiguous axial images of the head are obtained.

CONTRAST: None

FINDINGS:

Calvarium and skull base: No acute fracture.  There is preorbital soft tissue swelling and a small scalp hematoma in the frontal region

Paranasal sinuses and mastoids: Clear as visualized

Ventricles and extra-axial spaces: Within normal limits

Brain parenchyma: No areas of abnormal parenchymal attenuation.  No acute intracranial hemorrhage.  No mass effect.

IMPRESSION: No acute intracranial findings

Created and Electronically Signed by: Charles Siegler, MD on 10/31/2020 12:05 AM

Dictated By:       Charles M Siegler, MD                 10/31/20 0004
Transcribed By:    Meditech Mt
Signed By:         <Electronically signed by Charles M Siegler, MD in OV>   10/31/20 0005

Imaging  1031-00001

EYE SURGERY Documents

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | MOREL, LENIN | | | Reg #: | 67722-054 |
|---|---|---|---|---|---|
| Date of Birth: | 10/02/1990 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/25/2021 11:44 EST | | | Facility: | ATL |

Reviewed by Dankwa, Vibeke (MAT) MD on 07/02/2021 07:27.

H08.45

2021-06-23 12:30    UK Eyecenter 859 626 1232 >> 18175333207    P 3/4

all since
4/20/21

**UNIVERSITY OF KENTUCKY**
Chandler Medical Center
Lexington, Kentucky 40536
Phone (859) 323-6600

Prescriber: Seona Caron Kla. # 3179 DEA # _____
(Priority Print)

Name: Levin Morel 67722 054

Address: _____ Date 6·23·21

Δ% Pilocarpine + drop
TID OD     ↑ bottle

0 refills

Prescription is void if more than one (1) prescription is written per blank.

Health Services Department
USP Big Sandy, Kentucky

Jun. 22. 2021  1:25PM  Morel, Lenin (MRN 026486225) DOB: 10/02/1990        No. 4810   P. 2/6
Encounter Date: 06/18/2021

## Morel, Lenin  L7722054                          MRN: 026486225

**Office Visit** 6/18/2021       Provider: Seema Capoor, MD (Cornea Ophthalmology)
Shriners UK Advanced Eye Care   Primary diagnosis: Status post cataract extraction and insertion of
                                intraocular lens of right eye
                                Reason for Visit: Post-op; Referred by Seema Capoor, MD

## Progress Notes

Seema Capoor, MD (Physician) • Cornea Ophthalmology

*Health Services Department*
*USP Big Sandy, Kentucky*

**Subjective**

Patient ID: Lenin Morel is a 30 y.o. male.

**Chief Complaint**
Post-op

HPI
   Post-op
      Post-Op Follow-Up 1 month. In right eye.

   Comments
      30 yo inmate here for 6 wk po f/u for right eye (OD). Status post (s/p) traumatic cat ext
      with iol. Residual traumatic mydriasis right eye (OD) that patient should be using Pilo 2%
      TID right eye (OD) and feels it is helping keep his pupil smaller. He has finished post op
      drops (gtts) He states his vision in the distance is better. He is having trouble seeing
      near. He denies any pain or pressure.

   Last edited by Seema Capoor, MD on 6/18/2021  3:20 PM. (History)

**Current Outpatient Medications (Ophthalmic Drugs)**

| Medication | Sig |
| --- | --- |
| • pilocarpine (Pilocar) 1 % ophthalmic solution | Administer 1 drop into the right eye 3 (three) times a day. |
| • pilocarpine (Pilocar) 1 % ophthalmic solution | (Patient not taking; Reported on 6/18/2021) |
| • POLYMYXIN B-TRIMETHOPRIM OP | Administer into affected eye(s). (Patient not taking; Reported on 6/18/2021) |
| • prednisoLONE acetate (Pred-Forte) 1 % ophthalmic suspension | (Patient not taking; Reported on 6/18/2021) |



Jun. 22. 2021. 1:25PM

Morel, Lenin (MRN 026486225) DOB: 10/02/1990

No. 4810   P. 3/6

Encounter Date: 06/18/2021

No current facility-administered medications for this visit. (Ophthalmic Drugs)

**Current Outpatient Medications (Other)**

| Medication | Sig |
| --- | --- |
| • penicillin v potassium (Veetid) 500 MG tablet | Take by mouth every 6 (six) hours. (Patient not taking: Reported on 6/18/2021) |

No current facility-administered medications for this visit. (Other)

**Objective**

**Base Eye Exam**

Visual Acuity (Snellen-Linear)

| | Right | Left |
| --- | --- | --- |
| Dist sc | 20/20 | defer |

Tonometry (tonopen, 2:11 PM)

| | Right | Left |
| --- | --- | --- |
| Pressure | 19 | defe |

Pupils

| | Light | Shape | React |
| --- | --- | --- | --- |
| Right | 6mm | Round | minimally |
| Left | | | |

**Slit Lamp and Fundus Exam**

External Exam

| | Right | Left |
| --- | --- | --- |
| External | Normal | Normal |

Printed by Jennifer L Marshall at 6/22/21 1:40 PM

Page 2 of 6

Jun. 22. 2021  1:25PM                                                            No. 4810   P. 4/6
Morel, Letim (MRN 026486225) DOB: 10/02/1990                    Encounter Date: 06/18/2021

**Assessment/Plan**

Diagnoses and all orders for this visit:
**Status post cataract extraction and insertion of intraocular lens of right eye**
**Traumatic mydriasis**

Status post right cataract extraction\F\Z98.41
Traumatic mydriasis\F\H57.04
- POM 2 s/p CE IOL 19 OD MA60AC in bag with miochol and gentle iris manipulation to address mydriasis
- VA good today 20/20, IOP wnl, no pain
- iris is still dilated to almost 6mm
- still perseverating and hopeful for permanent fix to his pupil  we extensively discussed that it showed signs of atrophy and damage, will not regain normal function  since pilocarpine was helping him prior to surgery, we decided to forgo any more invasive surgery to it
recommended he should use 4%pilocarpine(currently using 2%), and also use UV protection glasses  pt amenable to plan for now
Given MRx for readers


F/u in 6 mths for PCO and pupil check at next prison facility he is being moved to


**HPI**

Post-op
Post-Op Follow-Up 1 month. In right eye.

**Comments**
30 yo inmate here for 6 wk po f/u for right eye (OD). Status post (s/p) traumatic cat ext with iol. Residual traumatic mydriasis right eye (OD) that patient should be using Pilo 2% TID right eye (OD) and feels it is helping keep his pupil smaller. He has finished post op drops (gtts). He states his vision in the distance is better. He is having trouble seeing near. He denies any pain or pressure.
Last edited by Seema Capoor, MD on 6/18/2021  3:20 PM. (History)

**Base Eye Exam**

| Visual Acuity (Snellen-Linear) | | | Pupils | | | |
|---|---|---|---|---|---|---|
| | Right | Left | | Light | Shape | React |
| Dist sc | 20/20 | defer | Right | 6mm | Round | minimally |
| | | | Left | | | |

Tonometry (tonopan, 2:11 PM)

| | Right | Left |
|---|---|---|
| Pressure | 19 | defe |

Edited by: Seema Capoor, MD; Lori R Wilson

Printed by Jennifer L Marshall at 6/22/21 1:40 PM                      Page 4 of 6

Jun. 22. 2021  1:26PM
Moren, Lonin (MRN: 026486225) DOB: 10/02/1990

No. 4810   P. 5/6
Encounter Date: 06/18/2021

## Slit Lamp and Fundus Exam

### External Exam

| | Right | Left |
|---|---|---|
| External | Normal | Normal |

### Slit Lamp Exam

| | Right | Left |
|---|---|---|
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White | White |
| Cornea | Clear and Compact | Clear and Compact |
| Anterior Chamber | Deep and quiet | deep and quiet |
| Iris | nasal and superior TID, atrophied in general, no obvious dialysis; stromal tufts from injury | Normal |
| Lens | PC IOL well centered (3 piece), pigment on capsule, no PCO | clear |
| Anterior Vitreous | Normal | |

### Fundus Exam

| | Right | Left |
|---|---|---|
| Posterior Vitreous | clear | |
| Disc | no edema, no vascularization, good color | |
| C/D Ratio | .3 | |
| Macula | FLR + | |
| Vessels | Normal | |
| Periphery | flat and attached 360 degrees on 360 | |

Edited by: Seema Capoor, MD

## Refraction

| Manifest Refraction | | Final Rx | |
|---|---|---|---|
| | Sphere | | Sphere |
| Right | +2.50 | Right | +2.50 |
| Left | Plano | Left | Plano |

Expiration Date: 6/18/2022

Edited by: Seema Capoor, MD

## Instructions

■ Follow up in about 6 months (around 12/18/2021) for  with next prison facility he moves to in Louisiana.

AVS - Outpatient (Printed 6/18/2021)

## Additional Documentation

Encounter Info: Billing Info, History, Allergies

## Communications

Jun. 22. 2021  1:26PM                                              No. 4810   P. 6/6
Muۭ, Linn (MRN 026486225) DOB: 10/02/1990         Encounter Date: 06/18/2021

■ Ophthalmology sent to Tonya Goble, APRN

## Orders Placed
None

## Spectacle Rx
1. Spectacles ≠

## Medication Changes
As of 6/18/2021  2:13 PM

None

## Visit Diagnoses
Primary: Status post cataract extraction and insertion of intraocular lens of right eye Z98.41, Z96.1
Traumatic mydriasis H57.04

67722-054

# UK HealthCare

## Optical Prescription

Name: Lenin Morel                    MRN: 026486225                    Visit Date: 6/18/2021

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Shriners UK Advanced Eye Care | 110 Conn Terrace<br>Suite 550<br>Lexington KY 40508-3206 | 859-323-5867 | 859-257-6718 |

### Glasses Prescription

|  | Sphere |
|---|---|
| Right | +2.50 |
| Left | Plano |

Expiration Date: 6/19/2022

Readers only
PP OD only

_____ 6/18/2021

Seema Capoor, MD

Health Services Department
USP Big Sandy, Kentucky

Morel, Lenin DOB: 10/02/1990                                        Page 1 of 1

67722-064

**UK** HealthCare

# AFTER VISIT SUMMARY

Lenin Morel  MRN: 026486225  📅 6/18/2021 1:30 PM  📍 Shriners UK Advanced Eye Care 859-323-5867

## Instructions  from Seema Capoor, MD

📆 **Follow up in about 6 months**
(around 12/18/2021) for with next prison facility he moves to in Louisiana.

## Today's Visit

You saw Seema Capoor, MD on Friday June 18, 2021. The following issues were addressed: Status post cataract extraction and insertion of intraocular lens of right eye and Abnormal pupil function.

## What's Next

You currently have no upcoming appointments scheduled.

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://mychart.uky.edu/MyChart/, click "Sign Up Now", and enter your personal activation code: X6FX4-XBX49-KBPJS. Activation code expires 7/2/2021.

# Your Medication List as of June 18, 2021  3:47 PM

ⓘ Always use your most recent med list.

**penicillin v potassium** 500 MG tablet
Commonly known as: Veetid

**\* pilocarpine** 1 % ophthalmic solution
Commonly known as: Pilocar

**\* pilocarpine** 1 % ophthalmic solution
Commonly known as: Pilocar

**POLYMYXIN B-TRIMETHOPRIM OP**

**prednisoLONE acetate** 1 % ophthalmic suspension
Commonly known as: Pred-Forte

> ⊕ \* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | MOREL, LENIN | | | Reg #: | 67722-054 |
|---|---|---|---|---|---|
| Date of Birth: | 10/02/1990 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/22/2021 10:06 EST | | | Facility: | ATL |

Reviewed by Dankwa, Vibeke (MAT) MD on 07/02/2021 07:27.

**UKHealthCare**

6 7722 054

Patient Name: Lenin Morel
DOB:10/02/1990
MRN:026486225

- mOPH Eye Exam
DOS: 04/30/2021

DOCUMENT REVIEWED BY:
DOCUMENT SIGNED ELECTRONICALLY BY Seema   Capoor, M.D. ON
04/30/2021 03:19:10 PM

**UKHealthCare**

Ophthalmology-Richmond-Plastics

THIS DOCUMENT WAS CREATED ON: 04/30/2021 03:18:57 PM BY: Seema   Capoor, M.D.
Gregory Barnett COA performed Refraction
Gregory Barnett COA performed START-Work-up

Exam Date: Friday, April 30, 2021

PATIENT NAME: Lenin  Morel

PATIENT ID: 026486225          BIRTH DATE: 10/2/1990     AGE: 30
GENDER:   Male              RACE:

REFERRING DOCTOR: Capoor, Seema
PRIMARY CARE PHYSICIAN:  None, Provider

## _History_

Chief Complaint/Reason For Visit: 30 y/o M here for POW1 s/p PC IOL OD. Pt denies pain
OD, states DVA is good OD, using Pilo TID, Pred Acetate QID and PolyTrim QID OD.

HISTORY OF PRESENT ILLNESS:
PROBLEM:            POD 10 s/p CE IOL OD
HPI was performed by Dr. Seema  Capoor, M.D.
PAST MEDICAL HISTORY:
ILLNESSES:         Denied History of medical problems
SURGERIES:         History of Gallbladder surgery
SOCIAL HISTORY:
ALCOHOL:           Denies alcohol consumption (V49.89 Z78.9)
NOTE:              Smokes cigarettes (305.1 F17.210)
CURRENT MEDICATIONS:
Pilocarpine HCl - 1,% Ophthalmic Solution -   Solution, [Reported]
Polymyxin B-Trimethoprim 10000-0.1 UNIT/ML-% Ophthalmic Solution -   Solution,

_Diagnosis code(s) listed within the physician documentation are for internal informational purposes of the UK Healthcare Enterprise only and are
not indicative of the patient's definitive medical condition and are not used to determine the final code selection assigned for
billing/payment/auditing purposes._

Page 1 of 4

Warning: Copies made of original photographs printed directly from the University of Kentucky's electronic
medical record may not accurately retain the color or clarity of the original electronically stored images.

**UK HealthCare**

Patient Name: Lenin Morel
DOB:10/02/1990
MRN:026486225

- mOPH Eye Exam
DOS: 04/30/2021

[Reported]
prednisoLONE Acetate 1 % Ophthalmic Suspension -   Suspension, [Reported]

ALLERGIES:
No Known Drug Allergies

REVIEW OF SYSTEMS:
14 point review of system was negative except as noted above

## Exam

ORIENTATION, MOOD AND AFFECT: Alert & oriented x3, mood appropriate

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| UNCORRECTED VA | 20/25+1 | 20/20 |
| MANIFEST REFRACTION | -0.50 +1.00 x 100 ) | |
| BEST CORR FINAL VA | 20/20 | |
| | | |
| PRESSURE METHOD: | Tonopen | Tonopen |
| PRESSURES: | 21 | 15 |
| DATE-TIME: | 4/30/2021 2:19:38 PM | 4/30/2021 2:19:38 PM |
| TECHNICIAN: | gjba228 | gjba228 |
| | | |
| CONFRONTATION VF | Full to confrontation | Full to confrontation |

EXTERNAL EYE EXAM:

| LID: | Normal | Normal |
|---|---|---|
| PUPIL: | 8mm, slightly irreg, non-reactive, - APD | 3mm, R, RTL, - APD |
| ADNEXA: | Normal | Normal |
| | | |
| MUSCLE BALANCE: | Ortho | |
| OCULAR MOTILITY: | EOMI | |

ANTERIOR SEGMENT EXAM:

| TEARFILM: | Good tear meniscus | Good tear meniscus |
|---|---|---|
| CONJUNCTIVA: | White | White |
| CORNEA: | Clear and Compact | Clear and Compact |
| ANTERIOR CHAMBER: | Deep and quiet | deep and quiet |
| IRIS: | nasal and superior TID, atrophied in general, no obvious dialysis; stromal tufts from injury | Normal |
| LENS: | PC IOL well centered (3 piece), pigment on capsule | clear |
| ANTERIOR VITREOUS: | pigmented cells suspended | clear |

*Diagnosis code(s) listed within the physician documentation are for internal informational purposes of the UK Healthcare Enterprise only and are not indicative of the patient's definitive medical condition and are not used to determine the final code selection assigned for billing/payment/auditing purposes.*

Page 2 of 4

Warning: Copies made of original photographs printed directly from the University of Kentucky's electronic medical record may not accurately retain the color or clarity of the original electronically stored images.

**UKHealthCare**

Patient Name: Lenin Morel
DOB:10/02/1990
MRN:026486225

- mOPH Eye Exam
DOS: 04/30/2021

FUNDUS EXAM:

| | |
|---|---|
| DILATION and NUMBING DROPS: | Tropicamide 1% / Neo 2.5% OD 04/30/2021 02:19:48 PM |
| CUP TO DISC: | .3 |
| OPTIC DISC: | no edema, no vascularization, good color |
| VITREOUS: | clear |
| MACULA: | FLR + |
| VESSELS: | Normal |
| PERIPHERY: | flat and attached 360 degrees on 360 |

## Impression

01 Z98.41 Status post right cataract extraction-Improving
02 H57.04 Traumatic mydriasis-Stable

## Plan

Status post right cataract extraction|Z98.41
Traumatic mydriasis|H57.04
- POW 1 s/p CE IOL 19.0D MA60AC in bag with miochol and gentle iris manipulation to
address mydriasis
- VA good today 20/25, IOP wnl, no pain.
- iris is still dilated widely to almost 8mm
- still perseverating and hopeful for permanent fix to his pupil. we extensively
discussed that it showed signs of atrophy and damage, will not regain normal function.
since pilocarpine was helping him prior to surgery. we decided to forgo any more
invasive surgery to it. recommended he should use 2%pilocarpine(currently using 1%),
and also use UV protection glasses. pt amenable to plan for now
- start PF taper 3/2/1
- d/c PT and activity restrictions, d/c eye shield
- option of continuing pilocarpine 1%, but if patient is not finding help then can d/c

*Diagnosis code(s) listed within the physician documentation are for internal informational purposes of the UK Healthcare Enterprise only and are not indicative of the patient's definitive medical condition and are not used to determine the final code selection assigned for billing/payment/auditing purposes.*

Page 3 of 4

Warning: Copies made of original photographs printed directly from the University of Kentucky's electronic medical record may not accurately retain the color or clarity of the original electronically stored images.

**UK HealthCare**

Patient Name: Lenin Morel
DOB:10/02/1990
MRN:026486225

- mOPH Eye Exam
DOS: 04/30/2021

it and use sunglasses for any photosensitivity

RTC 6 wks for MRx
Entered By: scapoor ON 04/30/2021 AT 3:18:55 PM

Seema Capoor, M.D.                    DOCUMENT CREATE DATE:   04/30/2021 03:18:57 PM

___ I saw the patient with the fellow.  I discussed the case with the fellow and agree
with the fellow's findings and plan as documented in the fellow's note.

___ I saw and evaluated the patient.  I discussed the case with the resident and agree
with the resident's findings and plan as documented in the resident's note.

___ I saw the patient with the resident.  I discussed the case with the resident and
agree with the resident's findings and plan as documented in the resident's note.
The Following Users Updated This Patient Encounter:
Angela Kim
Gregory Barnett COA
Seema Capoor, M.D.

Received for:Seema Capoor MD  Apr 30 2021  3:19PM Eastern Standard Time

*Diagnosis code(s) listed within the physician documentation are for internal informational purposes of the UK Healthcare Enterprise only and are not indicative of the patient's definitive medical condition and are not used to determine the final code selection assigned for billing/payment/auditing purposes.*

Page 4 of 4

Warning: Copies made of original photographs printed directly from the University of Kentucky's electronic
medical record may not accurately retain the color or clarity of the original electronically stored images.

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| | | |
|---|---|---|
| Inmate Name: MOREL, LENIN | Reg #: 67722-054 | Complex: BSY |
| Date of Birth: 10/02/1990 | Sex: M | |

Report of Consultation: Ophthalmology

Subtype: Offsite Ophthalmology Appt, NOS

Inmate Name: MOREL, LENIN
Date of Birth: 10/02/1990
Institution: BIG SANDY USP
1197 AIRPORT ROAD
INEZ,Kentucky 41224
6064332400

Reg #: 67722-054
Sex: M

Assessment: Post op Day #10 after cataract surgery in right eye.

— VA great 20/20 +1,
— exam reassuring, But pupil still dilated 8mm

Plan: 1) Pred Forte can be tapered down by 1 drop per week. 3x/day for 1wk 4-30
2x/day for 1wk 5-6
1x/day for 1wk 5-12, then STOP

2) Can discontinue eye shield, acular romexin, and polytrim

3) patient can continue 2% pilocarpine

Signature
Date

Completed By:

Angela Kim, MD TD

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilization review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.
Inmate not to be informed of appointment dates.

keep using sunglasses as alternat

Follow up 1 month.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MOREL, LENIN | | | Reg #: | 67722-054 | |
| Date of Birth: | 10/02/1990 | Sex: | M | Race: | WHITE | |
| Scanned Date: | 05/04/2021 09:01 EST | | | Facility: | BSY | |

Reviewed by Dankwa, Vibeke (MAT) MD on 05/05/2021 11:39.

**UK**HealthCare

*67722 04*

Patient Name: Lenin Morel
DOB:10/02/1990
MRN:026486225

- mOPH Eye Exam
DOS: 04/21/2021.

DOCUMENT REVIEWED BY:
DOCUMENT SIGNED ELECTRONICALLY BY Seema   Capoor, M.D. ON
04/21/2021 01:56:04 PM

*Health Services Department*
*USP Big Sandy, Kentucky*

**UK**HealthCare

Ophthalmology-Richmond-Plastics

THIS DOCUMENT WAS CREATED ON: 04/21/2021 01:53:18 PM BY: Seema   Capoor, M.D.
Sean Wilson performed START-Work-up

Exam Date: Wednesday, April 21, 2021

PATIENT NAME: Lenin   Morel

PATIENT ID: 026486225          BIRTH DATE: 10/2/1990       AGE: 30
GENDER:    Male              RACE:

REFERRING DOCTOR: Capoor, Seema
PRIMARY CARE PHYSICIAN:  None, Provider

## *History*

Chief Complaint/Reason For Visit: Pt is a 30 year old male here for a 1 day PO after a
CE IOL OD. PT states that he only minor painor pains, and is using GTTS as directed.

*Diagnosis code(s) listed within the physician documentation are for internal informational purposes of the UK Healthcare Enterprise only and are
not indicative of the patient's definitive medical condition and are not used to determine the final code selection assigned for
billing/payment/auditing purposes.*

Warning: Copies made of original photographs printed directly from the University of Kentucky's electronic
medical record may not accurately retain the color or clarity of the original electronically stored images.

**UK**HealthCare

Patient Name: Lenin Morel
DOB:10/02/1990
MRN:026486225

- mOPH Eye Exam
DOS: 04/21/2021

states that his vision in OD is really blurry. Bandage removed at start of exam.

HISTORY OF PRESENT ILLNESS:
PROBLEM:          POD 1 s/p CE IOL OD
HPI was performed by Dr. Seema Capoor, M.D.
PAST MEDICAL HISTORY:
ILLNESSES:        Denied History of medical problems
SURGERIES:   .    History of Gallbladder surgery
SOCIAL HISTORY:
ALCOHOL:          Denies alcohol consumption (V49.89 Z78.9)
NOTE:             Smokes cigarettes (305.1 F17.210)
CURRENT MEDICATIONS:
Penicillin V Potassium 500 MG Oral Tablet -  Tablet, [Reported]

ALLERGIES:
No Known Drug Allergies

## Exam

ORIENTATION, MOOD AND AFFECT: Alert & oriented x3, mood appropriate

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| UNCORRECTED VA | 20/40 | 20/40+2 |
| PINHOLE | 20/30+2 | 20/25 |
| | | |
| PRESSURE METHOD: | Tonopen | Tonopen |
| PRESSURES: | 11 | 12 |
| DATE-TIME: | 4/21/2021 10:48:44 AM | 4/21/2021 10:48:44 AM |
| TECHNICIAN: | sawi230 | sawi230 |
| CONFRONTATION VF | Full to confrontation, blurry | Full to confrontation |

EXTERNAL EYE EXAM:

| LID: | Normal | Normal |
|---|---|---|
| PUPIL: | dilated - 8mm | Round and reactive |
| ADNEXA: | Normal | Normal |
| MUSCLE BALANCE: | Ortho | |
| OCULAR MOTILITY: | EOMI | |

ANTERIOR SEGMENT EXAM:

| TEARFILM: | Good tear meniscus | Good tear meniscus |
|---|---|---|
| CONJUNCTIVA: | tr inj | White |
| CORNEA: | tr edema, no DMF | Clear and Compact |
| ANTERIOR CHAMBER: | 1+ cell, 2+ flare, pigment | deep and quiet |

*Diagnosis code[s] listed within the physician documentation are for internal informational purposes of the UK Healthcare Enterprise only and are not indicative of the patient's definitive medical condition and are not used to determine the final code selection assigned for billing/payment/auditing purposes.*

Page 2 of 4

Warning: Copies made of original photographs printed directly from the University of Kentucky's electronic medical record may not accurately retain the color or clarity of the original electronically stored images.

**UK**HealthCare

Patient Name: Lenin Morel
DOB:10/02/1990
MRN:026486225

- mOPH Eye Exam
DOS: 04/21/2021

| | | |
|---|---|---|
| IRIS: | cells<br>nasal and superior TID,<br>atrophied in general, no<br>obvious dialysis; stromal<br>tufts from injury | Normal |
| LENS: | PC IOL well centered (3<br>piece), pigment on capsule | clear |
| ANTERIOR VITREOUS: | rare pigmented cell | clear |

FUNDUS EXAM:

| | |
|---|---|
| CUP TO DISC: | .3 |
| OPTIC DISC: | no edema, no vascularization,<br>good color |
| VITREOUS: | clear |
| MACULA: | FLR + |
| VESSELS: | Normal |
| PERIPHERY: | flat and attached 360 degrees<br>on 360 |

## Impression

01 H57.04 Traumatic mydriasis-Stable
02 H27.119 Traumatic lens subluxation-Stable
03 H26.109 Cataract, traumatic-Worsening
04 H02.421 Acquired myogenic ptosis of right eyelid-Stable
05 Z98.41 Status post right cataract extraction-New

## Plan

Status post right cataract extraction|Z98.41
Cataract, traumatic|H26.109
Traumatic lens subluxation|H27.119
Traumatic mydriasis|H57.04
- POD 1 s/p CE IOL 19.0D MA60AC in bag with miochol and gentle iris manipulation to address mydriasis
- VA good today 20/30, IOP wnl, no pain or other complaints
- pt only started PF, he has not used PT or pilocarpine 1% gtt tid yet
- iris is still dilated widely to almost 8mm
- still perseverating and hopeful for permanent fix to his pupil. we extensively discussed that it showed signs of atrophy and damage, will not regain normal function. since pilocarpine was helping him prior to surgery, we decided to forgo any more
*Diagnosis code(s) listed within the physician documentation are for internal informational purposes of the UK Healthcare Enterprise only and are not indicative of the patient's definitive medical condition and are not used to determine the final code selection assigned for billing/payment/auditing purposes.*

Page 3 of 4

Warning: Copies made of original photographs printed directly from the University of Kentucky's electronic medical record may not accurately retain the color or clarity of the original electronically stored images.

**UK**HealthCare

Patient Name: Lenin Morel
DOB:10/02/1990
MRN:026486225

- mOPH Eye Exam
DOS: 04/21/2021

invasive surgery to it. recommended he should use pilocarpine, it is only a temporary
solution, and also use UV protection glasses. pt amenable to plan for now. he
understands that we need to wait for his eye to heal further to make any additional
medical mgmt decisions
- continue PF QID
- start PT QID and pilocarpine 1% gtt TID
- activity restrictions discussed
- RD/endoph precautions

Acquired myogenic ptosis of right eyelid|H02.421
- possibly from trauma, may discuss surgery in future

RTC POW 1
Entered By: scapoor ON 04/21/2021 AT 1:52:08 PM

Seema  Capoor, M.D.              DOCUMENT CREATE DATE:  04/21/2021 01:53:18 PM

____ I saw the patient with the fellow.  I discussed the case with the fellow and agree
with the fellow's findings and plan as documented in the fellow's note.

____ I saw and evaluated the patient.  I discussed the case with the resident and agree
with the resident's findings and plan as documented in the resident's note.

____ I saw the patient with the resident.  I discussed the case with the resident and
agree with the resident's findings and plan as documented in the resident's note.
The Following Users Updated This Patient Encounter:
Angela Kim
Linda Urmson
Sean Wilson
Seema  Capoor, M.D.

Received for:Seema  Capoor MD  Apr 21 2021  1:56PM Eastern Standard Time

*Diagnosis code(s) listed within the physician documentation are for internal informational purposes of the UK Healthcare Enterprise only and are
not indicative of the patient's definitive medical condition and are not used to determine the final code selection assigned for
billing/payment/auditing purposes.*

Page 4 of 4

Warning: Copies made of original photographs printed directly from the University of Kentucky's electronic
medical record may not accurately retain the color or clarity of the original electronically stored images.

End of Document – Intentionally left blank

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MOREL, LENIN | | | | Reg #: | 67722-054 |
| Date of Birth: | 10/02/1990 | Sex: | M | | Race: | WHITE |
| Scanned Date: | 04/27/2021 14:12 EST | | | | Facility: | BSY |

Reviewed by Dankwa, Vibeke (MAT) MD on 05/05/2021 11:46.



Lexington Kentucky

UK ID: 026486225 / 026486225-1085

**MOREL, LENIN**

SSN: 333333333

DOB: 10/2/1990

## Face Sheet

Patient Information   67722-054

| | | | | |
|---|---|---|---|---|
| **MOREL, LENIN** | | 30y   Male | **Marital :** | Unknown |
| **Race:** | Caucasian | **Language:** | English | **Ethnicity:** | Patient Refused |

| | | | |
|---|---|---|---|
| **Admitted:** | 04/20/2021 08:44 | **Service:** | Opthalmology / Ophthalmology |
| **Discharged:** | 04/20/2021 23:59 | **Exp:** | **Employer:** UNEMPLOYED |

**Mail Address:**   BIG SANDY USP
INEZ,KY 41224 Martin
(555) 555-5555

| | | | |
|---|---|---|---|
| **Visit Type:** | Outpatient | **Care Level:** | Outpatient Surg |
| **UK Location:** | CTR Advanced Surgery | | |
| **Chief Complaint:** | PHACO ADULT | | |

## Providers

| | |
|---|---|
| **Attending:** | Capoor  MD, Seema |
| **Admitting:** | Capoor  MD, Seema |
| **PCP:** | |

## Guarantor Information

| | | |
|---|---|---|
| MOREL, LENIN (Self) | (555) 555-5555 | BIG SANDY USP INEZ,KY 41224 |

## Nearest Relative

()

## Emergency Contact

()

## Insurance

IMS Name: LENINMOREL Company: INTEGRATED MEDICAL SOL Policy: 67722054 Relationship: Self COB: 1 Scope: Visit

Printed: 04/22/2021 09:17:59 ( MC\ssty\e0 )

Confidential Information. Usage must follow UKHC policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

Case: 7:22-cv-00001-GFVT   Doc #: 1-1   Filed: 01/03/22   Page: 60 of 78 - Page ID#: 74

# UKHealthCare                      Documents Review Report

| | |
|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-1085   DOB: 10/2/1990   Visit Status: DSC |
| Provider: Capoor  MD, Seema | Admit Date: 04/20/2021                              Age: 30 |
| Location: CTR Advanced Surgery | Discharge Date: 04/20/2021                     Gender: M |

| | |
|---|---|
| Operative Report Full | Last Updated: 4/20/2021 2:39:52 PM   [Entered: 4/20/2021 2:20:00 PM]<br>Authored By: Kim  MD, Angela J (Physician) |

Date of Operative Procedure:
20-Apr-2021

Pre-Op Diagnosis:
1. Complex traumatic cataract that is visually significant and affecting activities of daily living, right eye.
2. Traumatic mydriasis, right eye.

Post-Op Diagnosis:
1. Complex traumatic cataract that is visually significant and affecting activities of daily living, right eye.

Procedures:
1. Cataract extraction with intraocular lens placement in right eye - MA60AC 19.0D lens (IOL was 0) temporal tunnel
2. Miochol injection with manual iris manipulation, right eye.

Primary Surgeon:
Dr. Seema Capoor

Assistant(s):
Dr. Angela Kim

Anesthesia:
GA-LMA

Estimated Blood Loss:
<5 ml

Description of Findings:
large pupil from traumatic mydriasis, some zonular laxity at 4 o'clock with labile bag. Very soft lens. Iris gross intact and no obvious iridodialysis or cyclodialysis.

Drains:
None.

Events:
None.

Complications:
None.

Operative Narrative:

Indications for procedure: 30yo male with traumatic cataract planning today for cataract extraction with intraocular lens implantation in right eye. He presents with complaints of blurry vision, difficulty reading and watching television, and other functional activities of daily living. He endured trauma around December 2020 in right eye that caused traumatic mydriasis, cataract with lens subluxation, subconjunctival hemorrhages and vitreous hemorrhage (since resolved). He was given pilocarpine eye drops to help with mydriasis prior to surgery to evaluate the necessity of iridoplasty. After expressing that pilocarpine was helping reduce the mydriasis, the patient was concerned that it was:

Confidential Information. Usage must follow UKHC Policies. Any disclosure of this
information requires the patient's specific written consent. Disclosure without consent
violates the patient's right to privacy and will result in disciplinary action.

| **UK**HealthCare | **Documents Review Report** | |
|---|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-1085 | DOB: 10/2/1990    Visit Status: DSC |
| Provider: Capoor  MD, Seema | Admit Date: 04/20/2021 | Age: 30 |
| Location: CTR Advanced Surgery | Discharge Date: 04/20/2021 | Gender: M |
| **Operative Report Full** | Last Updated: 4/20/2021 2:39:52 PM   [Entered: 4/20/2021 2:20:00 PM] Authored By: Kim  MD, Angela J (Physician) | |

not fixing this issue. We extensively discussed that pilocarpine might be the best permanent solution as options are limited for a damaged and atrophied iris. He initially struggled to understand but eventually appeared to be adequately informed. Possible pupilloplasty planned for this surgery. The patient was informed of the potential benefits as well as risks of surgery and pros and cons of alternative forms of care. He wishes to proceed with surgery.

Description of procedure: the patient was identified in the pre-operative holding area, and after informed consent was verified in the chart, the patient was taken to the OR where he was placed in the supine position. The patient was then attached to cardiac monitors and nasal cannula with oxygen was placed in the patients nares. He underwent LMA general anesthesia without complication. Next a drop of tetracaine and 5% povidone iodine solution was placed in the left eye. Then, the patient was prepped and draped in the standard sterile ophthalmic fashion. A timeout was performed and the patient was identified by name and hospital number, all agreed regarding the operative procedure and operative site. Next a lid speculum was placed to isolate and visualize the right eye. Then the operating microscope was brought into position. The pupil was found to be quite large such that the zonule was visible 360 degrees, but no evidence of frank zonular dehiscence. A 0.8mm metal blade was used to make 2 clear corneal paracenteses. Next a bubble of filtered air was injected into the anterior chamber followed by trypan blue, which was then washed out with basic saline solution. Viscoat was used to fill the anterior chamber. Then, a 2.4 mm metal keratome was used to make a clear corneal incision temporally. A bent tipped needle cystotome was used to incise the anterior lens capsule, and then to fold it over in a flap-like conformation. Utratta forceps were then used to make a continuous curvilinear capsulorrhexis without complication.

Using the hydrodissection cannula, BSS was used to hydrodissect and hydrodelineate the lens from the capsule. The lens was found to be quite soft and there was not any nuclear material that required phacoemulsification energy. The phacoemulsification handpiece was not needed and therefore not introduced into the eye/eye. The bimanual irrigation and aspiration handpieces were used to remove the soft lens material which was partly prolapsed into the anterior chamber with viscoat. Some zonular laxity was noted for one o'clock hour between 1 o'clock and 2 o'clock. However, there was no significant phacodonesis. Then the capsular bag was filled with healon and the MA60AC 19.0D lens was injected into the bag and rotated into position with one haptic resting against the area of zonular laxity. The bimanual irrigation and aspiration handpieces were then used to remove the healon. Miochol was injected into the chamber then MST forceps to manipulate the pupil pulling it centrally for smaller pupil size. This revealed a friable and atrophied iris. The decision was made to not proceed with pupilloplasty. We will recommend use of pilocarpine 1% eye drops three times daily for this patient.

Next, BSS was used to hydrate the main incision and the paracentesis which were found to be watertight. 0.1mg/ml ceftroxime was injected into the anterior chamber. At the end of the case the lens was in position, the anterior chamber was formed and deep, the pupil size was about 4mm and the eye was at acceptable pressure. The patient received 1 drop polytrim, 1 drop pred forte, then right eye shielded. The patient was then delivered to the PACU, having suffered no complications from the procedure. Post operative instructions regarding follow up, activity restriction and medications were explained to the security guards and in hand written post operative instructions

Requested By: Tyler, Susan (Medical Records Coder)                     Printed from: UHPVHC106P1

*Confidential Information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

4/22/2021 9:18:19 AM                                                   Page: 2 of 3

| **UKHealthCare** | **Documents Review Report** | |
|---|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-1085   DOB: 10/2/1990   Visit Status: DSC | |
| Provider: Capoor  MD, Seema . | Admit Date: 04/20/2021   Age: 30 | |
| Location: CTR Advanced Surgery . | Discharge Date: 04/20/2021   Gender: M | |
| Operative Report Full | Last Updated: 4/20/2021 2:39:52 PM   [Entered: 4/20/2021 2:20:00 PM]   Authored By: Kim  MD, Angela J (Physician) | |

given. He will use pred forte 4x daily, polytrim 4x daily, and pilocarpine 1% 3x daily to the right eye, starting today. He is expected to be seen in clinic tomorrow.

Electronic Signatures:
Capoor  MD, Seema (Attending) (Signed 21-Apr-21 16:23)
    Authored: Operative Report - Full
    Co-Signer: Operative Report - Full
Kim  MD, Angela J (Resident) (Signed 21-Apr-21 15:41)
    Authored: Operative Report Full

Last Updated: 21-Apr-21 16:23 by Capoor  MD, Seema (Attending)

Requested By: Tyler, Susan (Medical Records Coder)                    Printed from: UHPVHC106P1

Confidential Information. Usage must follow UKHC Policies.  Any disclosure of this
information requires the patient's specific written consent. Disclosure without consent
4/22/2021 9:18:19 AM          violates the patient's right to privacy and will result in disciplinary action.          Page: 3 of 3

# UKHealthCare.

## Documents Review Report

| | |
|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-1085 |
| Provider: Canoor  MD, Seema | Admit Date: 04/20/2021 |
| Location: CTR Advanced Surgery | Discharge Date: 04/20/2021 |

DOB: 10/2/1990        Visit Status: DSC
Age: 30
Gender: M

**Post-Anesthesia Evaluation and Discharge Note**

Last Updated: 4/20/2021 2:20:24 PM   {Entered: 4/20/2021 2:19:00 PM}
Authored By: Ritchie-Dabney  MD, Rosalind (Physician)

**Anesthesia:**
• Anesthesia                                    General

**Vital Signs:**
• Heart Rate                                    94 bpm(l)
• Pulse Oximetry SpO2 (%)                       100 percent hemoglobin(l)
• Temperature Celcius                           37.3 degrees(C)
• Respiratory Rate                              18 breaths per minute(l)
• Systolic                                      105 mm Hg(l)
• Diastolic                                     76 mm Hg(l)

**Respiratory:**
• Respiratory                                   Maintains and protects airway

• Mental Status                                 Baseline/awake alert and oriented X3

**Cardiac Status:**
• Cardiac Status                                Stable

**Pain:**
• Pain                                          Baseline/tolerable

**Swallowing Reflex**
• Presence of Swallowing Reflex                 Yes

**Hydration:**
• Hydration                                     Hydration adequate and tolerating clear liquids

**Additional Monitoring:**
• Not Applicable                                Not Applicable

**Complications:**
• Complications                                 None

**Discharged To:**
• Discharged to:                                Home

**Attending Attestation Statement:**
**Signature Only**

**Electronic Signatures:**

Requested By: Tyler, Susan (Medical Records Coder)                     Printed from: UHPVHC106P1

*Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

4/22/2021 9:18:26 AM                                                           Page: 1 of 2

**UK HealthCare**

## Documents Review Report

| | | | |
|---|---|---|---|
| Patient: MOREL, LENIN | MRN: 026486225/026486225-1085 | DOB: 10/2/1990 | Visit Status: DSC |
| Provider: Canoor  MD, Seema | Admit Date: 04/20/2021 | Age: 30 | |
| Location: CTR Advanced Surgery | Discharge Date: 04/20/2021 | Gender: M | |

| | |
|---|---|
| Post-Anesthesia Evaluation and Discharge Note | Last Updated: 4/20/2021 2:20:24 PM   [Entered: 4/20/2021 2:19:00 PM]<br>Authored By: Ritchie-Dabney  MD, Rosalind (Physician) |

Ritchie-Dabney  MD, Rosalind (Attending)  (Signed 20-Apr-21 14:20):
Authored: Anesthesia; Vital Signs; Respiratory; Mental Status; Cardiac Status; Pain; Swallowing Reflex; Hydration; Additional Monitoring; Complications; Discharged to; Attestation Statements

Last Updated: 20-Apr-21 14:20 by Ritchie-Dabney  MD, Rosalind (Attending)

References :
1. Data Referenced From "1. Patient Care Flowsheet" 4/20/2021 2:00 PM
2. Data Referenced From "1. PACU Flowsheet" 4/20/2021 1:39 PM
3. Data Referenced From "1. PACU Flowsheet" 4/20/2021 1:55 PM

Confidential Information. Usage must follow UKHC Policies.  Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

## UK HealthCare
### Patient Results

MOREL, LENIN | CUR Advanced Surgery - DSG | 30y M | 02-Oct-1990 | 0264-86225-1085

| 4/20/2021 9:11:00 AM | SARS CoV2/COVID 19 | 001216VJ1 | Results Received |
|---|---|---|---|

| | | | Final |
|---|---|---|---|
| SARS CoV2/COVID 19 (LPTTYP) | | | Final |
|    Asymptomatic | | | |
| SARS CoV2/COVID 19 Specimen Source (COVIDS) | | | Final |
|    NASO PHARYNX (NP) | | | |
| SARS CoV2/COVID 19 Result (COVIDR) | | | Final |
|    Converted to rapid testing, see separate report. (NOTE) | | | |
|    REFER TO T81225 FOR RESULTS. A CREDIT HAS BEEN ISSUED. | | | |
| Date of Symptom Onset (ONSET) | | | Final |
|    NOT APPLICABLE | | | |
| First Covid 19 Test (FIRSTT) | | | Final |
|    UNKNOWN | | | |
| Employed in Healthcare Setting (EMPHC) | | | Final |
|    UNKNOWN | | | |
| Resident in Congregate Care Living Setting (RESCON) | | | Final |
|    UNKNOWN | | | |
| Pregnant (PREGNT) | | | Final |
|    NO | | | |
| Currently Hospitalized For Covid 19 (HOSP) | | | Final |
|    NO | | | |
| Currently in ICU For Covid 19 (INICU) | | | Final |
|    NO | | | |

| 4/20/2021 9:11:00 AM | SARS COV2, COVID 19 Rapid | 001216YC1 | Results Received |
|---|---|---|---|

| SARS CoV2/COVID 19 (LPTTYP) | | | Final |
|---|---|---|---|
|    UNKNOWN | | | |
| COVID 19 Source, Rapid (CVRTS) | | | Final |
|    NASO PHARYNX | | | |
| SARS CoV2/COVID 19 PCR Result (COVRTR) | | | Final |

   SARS CoV 2 RNA Not Detected
   This test has been authorized by FDA under an Emergency Use Authorizaton (EUA) for use by authorized laboratories.
   Use of the Xpert Xpress SARS-CoV-2 Assay in asymptomatic screening population is intended to be used as part of an infection control plan, that may include additional preventive measures such as predefined serial tesing plan or directed testing of high-risk individuals.
   Negative results should be considered presumptive and do not preclude current or future infection obtained through community transmission or other exposures. Negative results must be considered in the context of an individual's recent exposures, history, presence of clinical signs and symptom consistent with COVID-19.
   This test was performed on the Xpert Xpress SARS-COV2 test, a PCR based method. The limit of detection (LoD) for this assay is 131 copies/mL.
   Reference Range: Not Detected

| Requested By: Tyler, Susan (Medical Records Coder) | *Confidential Information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.* | Printed from: UHPVHC106P1 |
|---|---|---|
| 22-Apr-21 09:18 | | Page: 1 of 2 |

**UK HealthCare**
**Patient Results**

| MOREL, LENIN | CTR Advanced Surgery - DSG | 30y | M | 02-Oct-1990 | 0264862254085 |
|---|---|---|---|---|---|

| | |
|---|---|
| Date of Symptom Onset (ONSET) | Final |
| NOT APPLICABLE | |
| First Covid 19 Test (FIRSTT) | Final |
| UNKNOWN | |
| Employed in Healthcare Setting (EMPHC) | Final |
| UNKNOWN | |
| Resident in Congregate Care Living Setting (RESCON) | Final |
| UNKNOWN | |
| Pregnant (PREGNT) | Final |
| NOT APPLICABLE | |
| Currently Hospitalized For Covid 19 (HOSP) | Final |
| UNKNOWN | |
| Currently in ICU For Covid 19 (INICU) | Final |
| UNKNOWN | |

Confidential Information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

Printed from: UHPVHC106P1

End of Document – Intentionally left blank

## Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | MOREL, LENIN | | | Reg #: | 67722-054 |
|---|---|---|---|---|---|
| Date of Birth: | 10/02/1990 | Sex: | M | Race: | WHITE |
| Scanned Date: | 04/27/2021 14:11 EST | | | Facility: | BSY |

Reviewed by Dankwa, Vibeke (MAT) MD on 06/05/2021 11:46.

UKHC-CTE Fax Server   4/22/2021  8:17:05 AM   PAGE   1/008   Fax Server

UK Ophthalmology
110 Conn Terrace
Lexington,KY 40508
(859) 323-5867

Morel
67722-054

## CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date:        4/22/2021
Pages:       5

To:          Allison Taylor
Fax Number:  (606)433-2525

From:        Marshall, Jennifer (OPH) (UK Ophthalmology)
Phone:       (859) 323-5867

Comment:

Health Services Department
USP Big Sandy, Kentucky

## CONFIDENTIALITY NOTE

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.   If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited.  If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail.   Thank you.



Case: 7:22-cv-00001-GFVT   Doc #: 1-1   Filed: 01/03/22   Page: 71 of 78 - Page ID#: 85

*WVK-433-2400* *678*
*61722-054 ext-1899*
*medical*

026486226 1085   DOS: 04/20/2021
MOREL, LENIN
DOB: 10/02/1990     W  M

## Taking care of yourself or a child at home

**How to contact your doctor:**
Monday – Friday 8 a.m. – 5 p.m. call the Kentucky Clinic at 859-257-8562 or *323-5867*
Weekdays after 5 p.m., weekends, and holidays call 859-323-5321 and ask the operator to page
Dr. *on call* on *ophthalmology* service

**Call your doctor if:**
☑ Temperature is above 101.5 for over 24 hours (unless you are told differently).
☐ Skin around the wound: *lashes matted together with yellow discharge*
  • feels warm or hot to the touch.
  • is red or dark pink.
  • is tight or swollen and looks shiny.
  • becomes more tender or sore to the touch.
☑ Wound smells bad, is draining pus, bleeding, or coming open.
☑ Pain is not relieved by medicines.
☑ You are throwing up or have diarrhea for more than 24 hours.
☐ Other *bad headache not relieved by Tylenol*

**In an emergency, call 911 or go to the nearest emergency department!**

**Eating:**
☑ Eat what you normally do
*Advance as tolerated*

☐ Restricted diet:_____
  o See special instructions in your Patient Education folder
  o Ask how to reach a dietician if you want more information

**Wound or Incision Care:**
☐ Wash your wound with mild soap and water once a day; pat dry; do not rub
☐ Do not pull off steri-strips; they will fall off on their own
☐ Do not take out stitches or staples; they will be taken out during your clinic visit
☐ Leave the bandage on until your follow-up appointment

**Special Instructions:** *Do not rub your right eye – wear eye shield 1st 24 hrs + next several night or while sleeping*
*Be careful not to fall, especially today – after anesthesia*

**Bathing:**
☐ Shower any time; keep wound or bandage dry
☐ Avoid soaking your wound; do not take a tub bath
☐ Shower 24 – 48 hours after surgery; keep wound or bandage dry
☐ Sponge bath only until clinic visit
☑ Shower or tub bath any time *tomorrow night after appt.*

J635A Rev. 06/2017   Page 1

026486225 1086    DOS: 04/20/2021
MOREL, LENIN
DOB: 10/02/1990          W  M

## Taking care of yourself or a child at home

**Lifting:**
- ☐ Do not lift more than 5 lbs (for example, a 2-liter soda bottle) for _____ days
- ☐ Do not lift more than: _8_ lbs for _10_ days
- ☐ Do not lift anything until your doctor tells you it is okay

**Activity:**
- ☑ Move around as you are able
- ☐ Total joint precautions
- ☑ No activity that tires you out
- ☐ No stairs
- ☐ Stay in bed
- ☐ Do not put weight on right/left/both sides
- ☐ Use walker
- ☐ Use crutches
- ☐ Wear brace as taught
- ☑ Do not bend forward or strain
- ☑ Keep your surgical site elevated  *extra pillow if possible*
- ☑ Other: *Wear eye Shield next 24 hrs. and at night for next few nights*  *Do Not sleep on Right side next several nights → your back or left side is ok.*

**Driving:**
- ☐ Do not drive until your doctor tells you it is okay
- ☐ Do not drive for 24 hours
- ☐ Do not drive while taking narcotic pain medicines

**Sex:**
- ☐ It is okay to have sex
- ☐ Talk to your doctor/nurse

**Appointments:**
- ☑ *See Dr. Capoor 4/21 at 1:15 at Skinners eye Clinic*
- ☐ See Appointment Reminder form (for multiple appointments)

**Medicines:**
- ☐ Refer to separate list of medicines

*Begin eye drops today*
*Pred forte 4x daily*
*Antibiotic gtt 4x daily*
*Pilocarpine 1% 3x daily*

**I have received:**
- ☐ Information on how to quit smoking
- ☐ Information about the medicines I take
- ☐ Prescriptions
- ☑ Follow-up clinic appointment
- ☐ Patient Education folder
- ☐ Name of my main doctor: _____
- ☐ Discharge instructions, reviewed prior to surgery by _Lindsey_ RN
- ☐ Postop anesthesia instructions
- ☐ Other: *anesthesia instructions written + reviewed*
- ☑ I understand these instructions and have had all my questions answered

*With medical Personnel at USP Big Sandy*        4-20-21

| Patient/ Parent/ Caregiver/ Guardian signature | Nurse signature  *Barbara Combs* | Date/Time |

Relationship (if not patient)

*1430  5 mg oxycodone given*

*140's / 70's*

*150/91*

J635A Rev. 06/2017   Page 2

**K HealthCare**
- University of Kentucky.A.B. Chandler Hospital
- UK HealthCare Good Samaritan Hospital
- UK HealthCare Ambulatory Services
- UK Dental and Oral Health Clinics

DOS 4/20/2021

**MOREL, LENIN**
10/02/1990                    U  M
026486225 1085

*(Patient Label Here)*

## AUTHORIZATIONS & AGREEMENTS

**Treatment with Controlled Substances**
Federal and state laws regulate controlled substances (drugs) that may be abused. Kentucky law requires that you consent to treatment with these drugs before you can receive them. Some illnesses and injuries can result in pain. Some drugs can make the pain more tolerable. Some other drugs can increase focus and reduce hyperactivity. Use of these drugs can cause nausea, sleepiness, drowsiness, vomiting, constipation, sleeplessness, loss of appetite, agitation, aggravation of depression, dry mouth, confusion, slower breathing, and loss of coordination making it unsafe to drive or operate machinery. These drugs can result in physical dependence, meaning that abrupt stopping may lead to withdrawal symptoms, psychological dependence, meaning that stopping may cause you to crave the drug, tolerance, meaning you need more drugs to get the same effect and addiction, meaning you may develop problems based on genetic or other factors. You must tell your doctor if you are pregnant or are considering pregnancy.

**Living Wills in Kentucky**
A Living Will gives you a voice in decisions about your medical care when you are unconscious or too ill to communicate. As long as you are able to express your own decisions, your Living Will will not be used and you can accept or refuse any medical treatment. But if you become seriously ill, you may lose the ability to participate in decisions about your own treatment.

You have the right to make decisions about your medical care. No health care may be given to you over your objection, and necessary health care may not be stopped or withheld if you object.

The Kentucky Living Will Directive Act of 1994 was passed to ensure that citizens have the right to make decisions regarding their own medical care, including the right to accept or refuse treatment. This right to decide -- to say yes or no to proposed treatment -- applies to treatments that extend life, like a breathing machine or a feeding tube. In Kentucky a Living Will allows you to leave instructions in four critical areas. You can:

- Designate a Health Care Surrogate
- Refuse or request life prolonging treatment
- Refuse or request artificial feeding or hydration (tube feeding)
- Express your wishes regarding organ donation

Everyone age 18 or older can have a Living Will. The effectiveness of a Living Will is suspended during pregnancy.

It is not necessary that you have an attorney draw up your Living Will. Kentucky law (KRS 311.625) actually specified the form you should fill out. You probably should see an attorney if you make changes to the Living Will form. The law also prohibits relatives, heirs, health care providers or guardians from witnessing the Will. You may wish to use a Notary Public in lieu of witnesses.

The Living Will form includes two sections. The first section is the Health Care Surrogate section, which allows you to designate one or more persons, such as a family member or close friend, to make health care decisions for you if you lose the ability to decide for yourself. The second section is the Living Will section in which you may make your wishes known regarding life-prolonging treatment so your Health Care Surrogate or Doctor will know what you want them to do. You can also decide whether to donate any of your organs in the event of your death.

When choosing a surrogate, remember that the person you name will have the power to make important treatment decisions, even if other people close to you might urge a different decision. Choose the person best qualified to be your health care surrogate. Also, consider picking a back-up person, in case your first choice is not available when needed. Be sure to tell the person that you have named them a surrogate and make sure that the person understands what is most important to you. Your wishes should be laid out specifically in the Living Will.

If you decide to make a Living Will, be sure to talk about it with your family and your doctor. The conversation is just as important as the document.

A copy of any Living Will should be put in your medical records. Each time you are admitted for an overnight stay in a hospital or nursing home, you will be asked whether you have a Living Will. You are responsible for telling your hospital or nursing home that you have a Living Will.

If there is anything you do not understand regarding the form, you might want to discuss with an attorney. You can also ask your doctor to explain the medical issues. When completing the form, you may complete all of the form, or only the parts you want to use. You are not required by law to use these forms. Different forms, written the way you want, may also be used. You should consult with an attorney for advice on drafting your own forms.

You are not required to make a Living Will to receive health care or for any other reason. The decision to make a Living Will must be your own personal decision and should only be made after serious consideration.

While you are a patient at University of Kentucky Hospital or the UK HealthCare Good Samaritan Hospital, you may contact the Department of Patient & Family Services in room H149 or call (859) 323-5501 if you would like more information on advance directives.

AM-0004  6/6/19                              Page 4 of 6

DOS 4/20/2021

 **UK HealthCare**
- University of Kentucky A.B. Chandler Hospital
- UK HealthCare Good Samaritan Hospital
- UK HealthCare Ambulatory Services
- UK Dental and Oral Health Clinics

**MOREL, LENIN**
**10/02/1990**          U  M
026486225 1085

**AUTHORIZATIONS & AGREEMENTS**

(Patient Label Here)

 # YOUR RIGHT TO AN INTERPRETER
### You have the right to an interpreter at no cost to you.

**American Sign Language (ASL)**
You have the right to an interpreter at no cost to you. Please point to this line. An interpreter will be called. Please wait.

If you speak English, language assistance services, free of charge, are available to you.

Si usted habla español, tiene a su disposición servicios de asistencia con el idioma sin costo alguno.

如果您讲汉语普通话，则可以免费向您提供语言协助服务。

Wenn Sie deutsch sprechen, stehen Ihnen kostenlos Sprachhilfen zur Verfügung.

Chúng tôi cung cấp dịch vụ hỗ trợ ngôn ngữ miễn phí cho quý vị, nếu quý vị nói tiếng Việt.

إذا كنت تتحدث العربية، فسنتوفر لك خدمات المساعدة اللغوية مجان

Ukoliko govorite srpski, na raspolaganju su vam besplatne usluge jezične pomoći.

日本語を話される場合には、無償の言語支援サービスがご利用いただけます。

Si votre langue est le français, des services d'assistance linguistiques sont mis gratuitement à votre disposition.

모국어가 한국어일 경우 무료 언어지원 서비스가 제공됩니다.

Wenn du Deitsch schwetzscht, kannscht du mitaus Koschte ebber gricke, ass dihr helft mit die englisch Schprooch.

यदि तपाईं नेपाली बोल्नुहुन्छ भने, तपाईंले बिना कुनै शुल्क भाषा सहायता सेवाहरू प्राप्त गर्न सक्नुहुन्छ।

Yoo qooqa Oromo dubbatta tahe, tajaajilii gargaarsaa, baasi (kaffaltii malee) siif jira.

Если ваш язык — русский, то вам могут быть предоставлены бесплатные услуги переводчика.

Kung nagsasalita ka ng Tagalog, may magagamit kang mga serbisyo sa lengguahe na walang bayad.

Niba uvuga Ikirundi, hari serivisi ilishurwa yo gusobanura indimi.

**Services available in 200+ languages.**

 **UK HealthCare**

1-102



# UK HealthCare
#### The Power of Advanced Medicine

April 1, 2021

Lenin Morel
Big Sandy USP Federal Prison
1197 Air Port Rd
Inez, KY 41224

Dear Lenin Morel:

We are pleased to confirm the following appointment:

| | |
|---|---|
| Patient Name | Lenin Morel |
| Date | 04/21/2021 |
| Time | 01:15 pm EST |
| Clinic Location | Ophthalmology - Cornea |
| | Advanced Eye Care |
| | Shriner's Hospital 110 Conn Terrace |
| | Lexington, KY 40508 |
| Provider | Capoor MD, Seema |
| Phone | (859) 323-5867 |

Your healthcare is important to us, and we are reserving time on the schedule for you.
Please do not miss your appointment without notifying us.

Please contact us at least 2 business days before your appointment if you need to cancel
or reschedule. If you are unfamiliar with your doctor's cancellation policy more
information is available by calling the number above Monday-Friday, 8am-5pm.

**Things to remember for your visit:**

- Please plan to arrive 20 minutes early for your appointment. Parking and
  registration may take additional time.
- Driving directions to the clinic are available at the phone number above. Please
  choose Option 1.
- Please check your insurance card for your copayment amount and be prepared to
  pay this amount at your visit.
- Please bring your x-rays, medications and records to your visit.

Thank you for choosing UKHealthCare. We look forward to seeing you.

**Manage your appointments online**
We are pleased to offer UK HealthCare patients the ability to request, cancel or change appointments online. All we
need is your e-mail address; with that we can invite you to set up a portal account. Our patient portal will give you
24/7 access to appointments and key parts of your medical record. Please call (859) 257-1000 or (800) 333-8874 to
enroll now. To find out more go to myukhealthcare.org

Case: 7:22-cv-00001-GFVT   Doc #: 1-1   Filed: 01/03/22   Page: 76 of 78 - Page ID#: 90



# HealthCare
The Power of Advanced Medicine

March 23, 2021

Lenin Morel
Big Sandy USP Federal Prison
1197 Air Port Rd
Inez, KY 41224

Dear Lenin Morel:

We are pleased to confirm the following appointment:

| | |
|---|---|
| Patient Name | Lenin Morel |
| Date | 04/30/2021 |
| Time | 01:30 pm EST |
| Clinic Location | Ophthalmology - Cornea |
| | Advanced Eye Care |
| | Shriner's Hospital 110 Conn Terrace |
| | Lexington, KY 40508 |
| Provider | Capoor MD, Seema |
| Phone | (859) 323-5867 |

Your healthcare is important to us, and we are reserving time on the schedule for you.
Please do not miss your appointment without notifying us.

Please contact us at least 2 business days before your appointment if you need to cancel
or reschedule. If you are unfamiliar with your doctor's cancellation policy more
information is available by calling the number above Monday-Friday, 8am-5pm.

**Things to remember for your visit:**

- Please plan to arrive 20 minutes early for your appointment. Parking and
  registration may take additional time.
- Driving directions to the clinic are available at the phone number above. Please
  choose Option 1.
- Please check your insurance card for your copayment amount and be prepared to
  pay this amount at your visit.
- Please bring your x-rays, medications and records to your visit.

Thank you for choosing UKHealthCare. We look forward to seeing you.

Manage your appointments online
We are pleased to offer UK HealthCare patients the ability to request, cancel or change appointments online. All we
need is your e-mail address; with that we can invite you to set up a portal account. Our patient portal will give you
24/7 access to appointments and key parts of your medical record. Please call (859) 257-1000 or (800) 333-8874 to
enroll now. To find out more go to myukhealthcare.org

HealthCare

**Department of Ophthalmology and Visual Sciences**

# POST-OPERATIVE INSTRUCTIONS FOR CATARACT PATIENTS

1. USE YOUR EYE DROPS AS PRESCRIBED, WAIT 5 MINUTES BETWEEN EACH DROP.

   1 DROP FOUR TIMES A DAY WHILE AWAKE FOR ONE WEEK ONLY, THEN STOP



POLYMYXIN (Clear top)

*also use "Pilocarpine 1%"
3x daily in
right eye*



   **_SHAKE BEFORE EACH USE_**
   1 DROP FOUR TIMES A DAY WHILE AWAKE FOR ONE (1) WEEK,
   THEN THREE TIMES A DAY FOR ONE (1) WEEK,
   THEN TWO TIMES A DAY FOR ONE (1) WEEK,
   THEN ONE TIME A DAY FOR ONE (1) WEEK,
   STOP

PREDNISOLONE (Pink top)

2. SECURELY TAPE THE PROTECTIVE SHIELD OVER THE OPERATED EYE AT BEDTIME FOR THE FIRST WEEK ONLY.
3. TAKE YOUR REGULAR NON-EYE MEDICATIONS AND CONTINUE ANY EYE MEDICATIONS FOR THE NON-OPERATED EYE.
4. FOR THE FIRST WEEK, AVOID BENDING OR STOOPING AND LIFTING ANYTHING HEAVIER THAN 5 POUNDS. ALSO, AVOID ANY BLOW TO THE HEAD OR EYE. AVOID GETTING DIRTY WATER IN YOUR EYE. AVOID SLEEPING ON THE SIDE OF THE OPERATED EYE OR YOUR FACE.
5. IF SIGNIFICANT EYE PAIN IS NOT RELIEVED BY MEDICATION OR YOU HAVE INCREASING REDNESS, SWELLING, PAIN, LOSS OF VISION, OR ANY SYMPTOMS YOU ARE UNSURE OF, PLEASE CALL DR. CAPOOR'S OFFICE AT 859.624.3937.
   YOU SHOULD EXPECT:
   SLIGHT DISCOMFORT
   BLURRED VISION AND DILATED PUPIL
   BURNING WHEN USING DROPS
   MILD REDNESS
   YOU WILL NOT BE ABLE TO READ UP CLOSE
   YOUR GLASSES MAY NOT WORK

UK Ophthalmology Lexington   (P) 859-323-5867

UK Ophthalmology Richmond   (P) 859-624-3937

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | MOREL, LENIN | | | Reg #: | 67722-054 |
|---|---|---|---|---|---|
| Date of Birth: | 10/02/1990 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/22/2021 15:00 EST | | | Facility: | ATL |

Reviewed by Dankwa, Vibeke (MAT) MD on 07/02/2021 07:27.