## MOTION: For Copy's

To whom it May Concern;                                3-2-2022

I Respectfully Writing this COURT CLERK, Requesting Copy's of Document's;

- Which are:
* General Counsel Response (BP-11) ② Pages (#1067949-A1)
* Letter of the Inspector General Reffer to Bureau of Prisons of internal affairs - ① Page
* Rejected Sensitive (BP-9) By the Region Director #1086699-R1 ② Pages
* Psychology Record's By DR. LeFever on 11/13/2020 - ① Page,

- I want two Copy for each Document's I mentioned Above which are attach, to my complaint,

- the total of (12) twelve copy's all together and $.50 cent each page which a total of $(6.00) SIX DOLLARS,

- I send this Court Clerk a check with the right amount Paying for the Copy's I'm asking for which should get it in the next few week's Due of the fact of how Long it take's Prison Officers to Process, I will Appreciate and thank you for your time, I send also with A $(402) Four Hundred two Dollars check for Fillings Fee's;

Sincerely
Lenin Morel

Lenin Morel #67722-054
United States Penitentiary Thomson
P.O. Box 1002
Thomson, I.L. 61285