Lenin Morel #67722954
United States Penitentiary Thomson
P.O. Box 1002
Thomson, I.L. 61285

**CERTIFIED MAIL**

7021 2720 0002 0327 8599

United States District Court
Eastern District of Kentucky
110 Main Street, Suite 203
Pikeville, Kentucky 41501

INMATE
IDENTIFICATION
CONFIRMED

Legal Mail



AUSP Thomson
MAR 07 2022
Received in CSD

**FEDERAL BUREAU OF PRISONS**
**POST OFFICE BOX 1002**
**THOMSON, IL 61285**

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.