UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| LENIN MOREL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 22-015-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

and*** *** *** ***

Consistent with the Memorandum Opinion and Order entered March 24, 2022 [Record No. 8], the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Lenin Morel's Complaint [Record No 1] is **DISMISSED**, with prejudice;

2. Judgment is entered in favor of all defendants named herein;

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: September 9, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky